ORIGINAL

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

WARNING: You cannot use this form to ask the Court to release you from prison, to shorten your sentence, or to give you back good time credits. Under these rules if that is what you want you must use the rules for a writ of habeas corpus.

CASE NO. **3:09 cv 9 (CFD)**

PLAINTIFF(S)  [Write the name(s) of the person(s) complaining]

George M LENIART

vs.

DEFENDANT(S)  [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

Sgt. William Bundy CSP
Det. Wilber Blanchette CSP
Det. Michael Hoagland CSP
Det John Patterson CSP
Det Marty Graham CSP
Parole Supervisor Ellison DOC
Parole OFFICER Larry Bransford Doc
Parole OFFICER Blgis Doc
Parole officer Jose Cartagena Doc

**Complete every section and SIGN THE LAST PAGE.** The Court cannot give you legal advice, so if you need help, you should call Inmate Legal Assistance at 1-800-301-ILAP (4527). It is a good idea to ask ILAP to review your complaint before you send it to the Court to make sure that your allegations describe the kind of claim that you can make in federal court and minimize the risk that your case will be dismissed for failure to state a good legal claim.

## A.    JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1.    _____X_____ State, county or city employees for violating my
federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2.    _____ Federal employees for violating my federal rights
under *Bivens v. Six Unknown Named Agents of Fed. Bureau of
Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B.    PLAINTIFF(S)  (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.    First Plaintiff

a.    Full Name: George M. Leniart

b.    Inmate Number: 250010

c.    Correctional facility: Walker C.I.

2.    Second Plaintiff

a.    Full Name:

b.    Inmate Number:

c.    Correctional facility:

C.   **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

1.   First Defendant

   a.   Full Name: William Bundy

   b.   Rank or Title: TROOPER Sgt

   c.   Workplace: EMC STATE POLICE TROOP-E

2.   Second Defendant

   a.   Full Name: Wilber Blanchette

   b.   Rank or Title: TROOPER Detective

   c.   Workplace: EMC STATE POLICE TROOP-E

3.   Third Defendant

   a.   Full Name: Michael Hoagland

   b.   Rank or Title: TROOPEPER Detective

   c.   Workplace: EMC State Police TROOP-E

4.   Fourth Defendant

   a.   Full Name: John Patterson

   b.   Rank or Title: TROOPER Detective

   c.   Workplace: EMC TROOP-E

5.   Fifth Defendant

   a.   Full Name: Ellison

   b.   Rank or Title: NORWICH Parole Supervisor

   c.   Workplace: Norwich DOC Parole

6.   Sixth Defendant

   a.   Full Name: Larry Bransford

   b.   Rank or Title: Parole OFFICER

   c.   Workplace: DOC Parole WTBY

C.   **DEFENDANT(S)**  (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

7.   <u>First Defendant</u>

   a.   Full Name: Jose Cartagena

   b.   Rank or Title: Parole Officer

   c.   Workplace: Waterbury Office D.O.C

8.   <u>Second Defendant</u>

   a.   Full Name: Blais

   b.   Rank or Title: Parole Officer

   c.   Workplace: Waterbury Office D.O.C

9.   <u>Third Defendant</u>

   a.   Full Name:

   b.   Rank or Title:

   c.   Workplace:

4.   <u>Fourth Defendant</u>

   a.   Full Name:

   b.   Rank or Title:

   c.   Workplace:

5.   <u>Fifth Defendant</u>

   a.   Full Name:

   b.   Rank or Title:

   c.   Workplace:

6.   <u>Sixth Defendant</u>

   a.   Full Name:

   b.   Rank or Title:

   c.   Workplace:

**D.   PREVIOUS LAWSUITS RELATED TO THIS CASE**



1.   <u>First Lawsuit</u>

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?


    d.   Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?


2.   <u>Second Lawsuit</u>

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?


    d.   Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?


3.   <u>Third Lawsuit</u>

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?


    d.   Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

**E.   OTHER LAWSUITS**

Tell the Court if any plaintiff has filed other federal lawsuits in this court within the past ten (10) years. If you need more space, attach additional pages.   Provide items a-d for each case.

1.   First Lawsuit

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?

    d.   Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

2.   Second Lawsuit

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?

    d.   Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

3.   Third Lawsuit

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?

    d.   Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

STATEMENT OF CASE

1. On 10.3.06 members of the Montville Town Police were dispatched to the plantiffs residence for a reported disturbance.

2. Soon after arrival Town Police cleared the scene due to the fact the incident was not as reported and the well being of all involved.

3. On 10.4.06 during roll call defendant Patterson became aware that the Town Police responded to the plantiffs home and no arrest was made. defendant Patterson has a personal vendetta against the plantiff.

4. On 10.4.06 defendant Patterson began contacting plantiffs ex-wife then cohersed her into fabricating a statement so he could secure a warrent

5. On 10.4.06 defendant Patterson arrived at the ex-wife residence then threatened and cohersed plantiffs minor daughter into fabricating a false statement. then stated if she refused she would be detained at a juvinile detention facility.

6. While at the Troop-E plantiff's minor daughter was interrigated, threatened then cohersed into fabrication of false and misleading statements under duress from defendant(s) Hoagland, Blanchette, Graham.

7. Later that evening defendant(s) Blanchette and Bundy contacted plantiffs Parole officer defendant Bransford and proceded to plantiffs residence. Where defendant Bransford and Doe I kept the attention of the plaintiff while Blanchette and Bundy jumped the plaintiff from behind causing the plaintiff to fall face first to the floor sustaining injury.

8. Plaintiff was subsequently, falsly arrested and imprisoned from 10.5.06 to 7.5.07 a period of nine months.

9. On 1·26·07, All charges brought against the plaintiff were fully dismissed without prejudice. Plaintiff was re-released back to special parole with more severe conditions imposed on 7·5·07.

10. Subsequently, this false arrest caused plaintiffs business to shut-down and suffer monitary loss incuring expense and reduced the businesses future earning capicity. the plaintiff also suffered personaly, mentaly and physically numourse harms and monitary losses.

11. On 7·5·07 the plaintiff, was released and at his residence when defendant Blanchette, arived and threatened again to put the plaintiff back behind bars "no matter what (WE) have to do".

12. On 7·9·07 plaintiff, attended his first parole report in and was informed by defendant Bransford that the defendant state troopers were calling numourse times requesting to violate plaintiff.

13. On or about 7·20·07 plaintiff was contacted V.I.A. cell phone by defendant Blanchette, then instructed to meet with him in the up comming week or face more creative writing, stating plaintiff was already aware how easy it was to make somthing up to violate his parole again.

14. Plaintiff was continuously harrassed and threatened over the next several weeks by defendant(s) Blanchette and Hoagland by cell phone.

15. After numourse threats and duress plaintiff was again forced to meet with defendant(s) Blanchette and Hoagland and if plaintiff did not comply they would ensure plaintiff's parole was violated.

16. During said MEETING defendant(S) Blanchette and Hoagland innitiated conversation regarding a missing person case. Plaintiff declined to answer questions. defendant(S) then told plaintiff "he will be falsly arrested again and [they] would use jail house snitches to take the plaintiff down" this conversation was recorded by plaintiff.

17. On September 25, 2007 AT 11am plaintiffs parole officer, defendant Bransford performed a home visit, during said visit Bransford recieved a phone call from his office informing him that his office was being searched by defendant Ellison. defendant Bransford then told plaintiff "[They] are going to take you down again for nothing."

18. Parole home visit was completed and plaintiff was told he was in compliance, then given a new report date of 10.1.07 and told A GPS SERVICE TECH would be intouch to repair the GPS.

19. Defendant Bransford contacted plaintiff and informed him a few hours later and informed plaintiff to be at his residence at 12:30 to meet GPS TECH.

20. Subsequently, minutes later defendant(s) Bransford, Ellison Cartagena, Blais, Bundy, Blanchette, Hoagland surounded the residence while plaintiff hid watching movements. from outside of home.

21. Plaintiff, was taken into custody at GUN-POINT and searched, at this time plaintiffs keys were taken and plaintiff was secured in a parole vehicle. plaintiff was then confronted by defendant(s) Ellison, Bundy, Cartagena and Blanchette. for permission to enter the residence. plaintiff denied access stating the house is locked and his mother was not home.

22. Defendant(S) Blanchette, Bundy, Hoagland, ELLISON, Bransford, Cartagena Entered the locked residence with plaintiff's Keys and searched for over one hour looking for anything to substanciate an arrest or violation. All ACTIVITY Audio and visual was recorded by plaintiffs home security system.

23. After plaintiff's outbursts "stating all activity was being recorded and you won't get away with this one." defendant(s) Ellison and Cartagena re-entered the residence and seized all home security VCR tapes including the tape recording at the time of incident.

24. Defendant(s) also siezed a business lap top computer, micro-cassette and recorder, All daily opperational paperwork and logs essential to daily opperations of the plaintiffs business.

25. Said seizure caused a shut down of bussiness opperations and caused a monitary loss resulting in the plaintiff to incur ex-pences and also impaired the businesses future earnings capacity. plaintiff also suffered numarse emotional and phusical harms and monitary losses.

## G.   REQUEST FOR RELIEF

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Wherefore, plaintiff requests the court grant the following relief; Award Compensatory and Punitive damages in the amount of $1,000,000 jointly And severally against all defendants and any other relief a plaintiff may be entitled to.

## H.   DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.   I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.   See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at ___Mac/Walker Ct, Suffield Ct.___ on ___12·4·08___
            (Location)                            (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.   The complaint cannot be filed without a signature from each plaintiff.

