UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS ACTION

ATTACH THIS FORM TO YOUR COMPLAINT

George M. LENIART              :       PRISONER
[Your name]                    :       NO: 09 cv 09 (CFD)
              Plaintiff,:              [Leave blank for Clerk]
                               :
vs.                            :
Conn. State Police defendants Dondy, Blanchette, Hoagland, Patterson, GRAHAM
Conn. Dept of Corrections Parole defendants Ellison, Bransford, Diers, Cartagena, Doe
_____:
_____:
[People you are suing]         :
              Defendant(s):

I, GEORGE M. LENIART, [your name] state that, because of my poverty, I am unable to pay the filing fee for the above-captioned lawsuit at the time that I file my complaint. I therefore request permission to file my complaint without pre-payment of the filing fee and to proceed *in forma pauperis* (as a poor person).

I understand that I cannot file for free. I realize that even if the Court allows me to proceed *in forma pauperis* I will have to pay the full filing fee of **$350** through installments deducted from my inmate trust fund. I also understand that the Department of Correction Inmate Trust Fund will continue to deduct money from my

Revised 8/1/07

inmate trust fund to pay the filing fee to the Court even if my lawsuit is dismissed.

I also understand that I must support my claim of poverty by truthfully answering all of the following questions and by obtaining a signed certification of the balance on my inmate trust fund from the DOC Inmate Trust Fund or my prison counselor. I realize that I may be prosecuted for perjury if I lie on this application, and that perjury is punishable by imprisonment for up to five years and/or a fine of $250,000 (18 U.S.C. §§ 1621, 3571).

**WARNING: You MUST complete EVERY section or your application will be denied. Answer every question truthfully and accurately.**

1. Full Name: George Michael LENIART
2. Inmate Number: 250010
3. Correctional Institution: Walker CI
4. Are you currently employed? (Yes or No) NO
5. If you are currently employed, state your job title and the amount you get paid each month:

    Job: _____

    Monthly wages: $ _____

6. Within the past twelve (12) months, how much money have you received from the following sources? [If none, write "zero"]

    a. Employment: Type _____ $ -0-
    b. Rent someone paid you:    $ -0-
    c. Interest on savings:      $ -0-
    d. Dividends on investments: $ -0-
    e. Pension, annuity, or life insurance: $ -0-
    d. Gifts or inheritances:    $ -0-
    e. Other sources: Type _____ $ -0-

**TURN OVER**

7.  How much money do you have in cash, or in checking or savings accounts, including your inmate trust account? [If none, write "zero"]

    $ —0—

8.  What is the total value of property you own excluding ordinary household furnishings and clothing, but including automobiles, real estate, stocks, bonds, and notes? [If none, write "zero"]

    $ —0—

9.  How much money do you contribute **each month** to the support of family members or other individuals? Provide the name of each person you support and the relationship between you (e.g., husband, wife, domestic partner, child, or grandparent). [If you need more space, attach an additional page.]

    a.  Name & Relationship: _____ $ ____
    b.  Name & Relationship: _____ $ ____
    c.  Name & Relationship: _____ $ ____

### DECLARATION UNDER PENALTY OF PERJURY

**WARNING: You MUST sign this section or your application for IFP status will be denied**

I, GEORGE M. LENIART, the applicant, declare under penalty of perjury that the information I have provided in this application is true and correct.

Signed: _[signature]_

Dated: 12 — 4 —, 20 08

**WARNING: You have not finished. You MUST complete the next section.**

**TURN OVER**

**PRISONER AUTHORIZATION**

**WARNING - You MUST complete and sign this section and then show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.**

**Your name:**
**Your inmate number:**
**DOC facility where you are detained:**

**Case Number** [Leave blank for Clerk]:
**Filing Date** [Leave blank for Clerk]:

I, _GEORGE M. LENIART_, the applicant, understand that even if my request for In Forma Pauperis status is granted, Congress has said that I must pay the full filing fee of $350, which will be deducted in installments from my inmate trust fund. I further understand that the deductions from my inmate trust fund will continue until the full fee is paid, even if my case is dismissed before then.

I authorize the Department of Correction Inmate Trust Fund to: (1) certify on the next page of this application the current and average balance over the last six months for my inmate trust fund; (2) send the Court copies of my trust fund statement for the past six months; (3) obtain funds to cover the $350 filing fee by deducting installment payments from my inmate trust fund based on the average of deposits to or balance in my inmate trust fund, in accordance with 28 U.S.C. Section 1915; (4) send the $350 payment for the filing fee to the Court.

Signed: _____ [Your signature]
Date: __12-4-08__, 200_8_ [Today's date]

**WARNING - You have not finished. You MUST show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section. Do NOT send this application to the Court without the signature of the Inmate Trust Fund Department or your prison counselor on the next page.**

**CERTIFICATION OF INMATE ACCOUNT BALANCE**

WARNING: You MUST show this application to the Inmate Trust Fund Department or your prison counselor so that they can read page 4 and sign this section.

Your name: GEORGE M. LENIART
Your inmate number: 250010
DOC facility where you are detained: Walker CI.

I, George M Leniant, counselor / employee of the Connecticut Department of Correction Inmate Trust Fund, certify that the applicant named herein has the sum of $ 30. on account.

I further certify that, according to the records of the institution, the applicant's average balance for the last six months was $ 50.00 and the average monthly deposits during the same period were $ 100.00.

A certified copy of the applicant's trust fund statement for the last six (6) months is attached.

Signed: _____
(Inmate Trust Fund Officer or Prison Counselor)

Name & Rank: John Parz

Date: 12/4, 2008

## CHECKLIST FOR IFP APPLICATION

**NOTE:** **Before you send this application to the Court you MUST:**

_____ Sign the Declaration under Penalty of Perjury on p. 3

_____ Sign the Prisoner Authorization on p. 4

_____ Show the application to the Inmate Trust Fund Department or your prison counselor and have them sign p. 5

_____ Answer every question truthfully and accurately

**When the Inmate Trust Fund Department or your counselor has signed page 5, attach this form to your complaint and send it to the Court on one of the addresses provided on the complaint form.**

ID# 0000250010   BKG# 4   NAME LENIART, GEORGE

## Trust Summary

Account Balances: 100.03 | 0.00

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| 12/03/2008 | CTDOC | REG | Mail Receipts 114 | 25.00 | 100.03 | 0.00 |
| 12/03/2008 | CTDOC | REG | Mail Receipts 114 | 25.00 | 75.03 | 0.00 |
| 12/03/2008 | CTDOC | REG | Mail Receipts 114 | 50.00 | 50.03 | 0.00 |
| 11/26/2008 | CTDOC | REG | CRS SAL ORD #5851755 D1 | <34.37> | 0.03 | 0.00 |
| 11/25/2008 | CTDOC | REG | Copies 114 | <2.00> | 34.40 | 0.00 |
| 11/20/2008 | CTDOC | REG | CRS SAL ORD #6833598 D1 | <13.41> | 36.40 | 0.00 |
| 11/12/2008 | CTDOC | REG | CRS SAL ORD #5815265 D1 | <40.24> | 49.81 | 0.00 |
| 11/07/2008 | CTDOC | REG | Mail Receipts 114 | 90.00 | 90.05 | 0.00 |
| 10/30/2008 | CTDOC | REG | CRS SAL ORD #5785164 D1 | <14.29> | 0.05 | 0.00 |
| 10/22/2008 | CTDOC | REG | CRS SAL ORD #5766453 D1 | <26.29> | 14.34 | 0.00 |
| 10/15/2008 | CTDOC | REG | CRS SAL ORD #5749535 D1 | <35.78> | 40.63 | 0.00 |
| 10/08/2008 | CTDOC | REG | CRS SAL ORD #5733444 D1 | <24.15> | 76.41 | 0.00 |
| 10/07/2008 | CTDOC | REG | Mail Receipts 114 | 100.00 | 100.56 | 0.00 |

Previous Page

JOHN P. FATT
NOTARY PUBLIC
MY COMMISSION

[signatures]
12/4/08

**ID#** 0000250010   **BKG#** 4   **NAME** LENIART, GEORGE

## Trust Summary

| | | | | Account Balances | 49.81 | 0.00 |
|---|---|---|---|---|---|---|
| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
| | CTDOC | REG | CRS SAL ORD #6815285 D1 | <40.24> | 49.81 | 0.00 |
| 11/07/2008 | CTDOC | REG | Mail Receipts 114 | 90.00 | 90.05 | 0.00 |
| 10/30/2008 | CTDOC | REG | CRS SAL ORD #5785164 D1 | <14.29> | 0.05 | 0.00 |
| 10/22/2008 | CTDOC | REG | CRS SAL ORD #5766453 D1 | <26.29> | 14.34 | 0.00 |
| 10/15/2008 | CTDOC | REG | CRS SAL ORD #5749535 D1 | <35.78> | 40.63 | 0.00 |
| 10/08/2008 | CTDOC | REG | CRS SAL ORD #5733444 D1 | <24.15> | 76.41 | 0.00 |
| 10/07/2008 | CTDOC | REG | Mail Receipts 114 | 100.00 | 100.56 | 0.00 |
| 10/01/2008 | CTDOC | REG | CRS SAL ORD #5716075 D1 | <10.49> | 0.56 | 0.00 |
| 09/17/2008 | CTDOC | REG | CRS SAL ORD #5684819 D1 | <25.88> | 11.05 | 0.00 |
| 09/10/2008 | CTDOC | REG | CRS SAL ORD #5667752 D1 | <14.73> | 36.93 | 0.00 |
| 09/09/2008 | CTDOC | REG | CEC SAL ORD #5636813 | 1.34 | 51.66 | 0.00 |
| 09/04/2008 | CTDOC | REG | Mail Receipts 114 | 50.00 | 50.32 | 0.00 |
| 09/03/2008 | CTDOC | REG | CRS SAL ORD #5650833 D1 | <21.80> | 0.32 | 0.00 |

JOHN P. PATZ
NOTARY PUBLIC
MY COMMISSION EXP...

**ID#** 0000250010  **BKG#** 4  **NAME** LENIART, GEORGE

### Trust Summary

Account Balances: 49.81 | 0.00

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
|  | CTDOC | REG | CRS SAL ORD #6636813 D1 | <19.71> | 22.12 | 0.00 |
| 08/21/2008 | CTDOC | REG | CRS SAL ORD #6624636D1 | <22.50> | 41.83 | 0.00 |
| 08/21/2008 | CTDOC | REG | CRS SAL ORD #6621797 D1 | <24.67> | 64.33 | 0.00 |
| 08/13/2008 | CTDOC | REG | CRS SAL ORD #6605137 D1 | <42.27> | 89.00 | 0.00 |
| 08/07/2008 | CTDOC | REG | Mail Receipts 114 | 40.00 | 131.27 | 0.00 |
| 08/06/2008 | CTDOC | REG | CRS SAL ORD #6590706 D1 | <54.03> | 91.27 | 0.00 |
| 08/06/2008 | CTDOC | REG | CRS SAL ORD #6590011D1 | <55.41> | 145.30 | 0.00 |
| 07/31/2008 | CTDOC | REG | Remove Hold | 200.00 | 200.71 | 0.00 |
| 07/31/2008 | CTDOC | REG | CEC SAL ORD #6575282 | 0.63 | 0.71 | 200.00 |
| 07/31/2008 | CTDOC | REG | CRS SAL ORD #6575282 D1 | <0.63> | 0.08 | 200.00 |
| 07/17/2008 | CTDOC | REG | HOLD - WALLACE PSYCHOLOGICAL SERVIC | <200.00> | 0.71 | 200.00 |
| 07/17/2008 | CTDOC | REG | Mail Receipts 114 | 200.00 | 200.71 | 0.00 |
| 07/16/2008 | CTDOC | REG | CRS SAL ORD #6546701 D1 | <24.30> | 0.71 | 0.00 |

JOHN P. PATZ
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2009

12/4/08

**Trust Summary**

D#: 0000250010  BKG#: 4  NAME: LENIART, GEORGE

Account Balances: 49.81   0.00

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| | CTDOC | REG | Mail Receipts 114 | 25.00 | 25.01 | 0.00 |
| 07/02/2008 | CTDOC | REG | CRS SAL ORD #6519910 D1 | <6.46> | 0.01 | 0.00 |
| 06/25/2008 | CTDOC | REG | CRS SAL ORD #6501064 D1 | <44.98> | 6.47 | 0.00 |
| 06/24/2008 | CTDOC | REG | CEC SAL ORD #6470587 | 0.98 | 51.45 | 0.00 |
| 06/20/2008 | CTDOC | REG | Mail Receipts 114 | 50.00 | 50.47 | 0.00 |
| 06/19/2008 | CTDOC | REG | CRS SAL ORD #6487276 D1 | <3.71> | 0.47 | 0.00 |
| 06/11/2008 | CTDOC | REG | CRS SAL ORD #6470587 D1 | <23.36> | 4.18 | 0.00 |
| 06/06/2008 | CTDOC | REG | Mail Receipts 114 | 25.00 | 27.54 | 0.00 |
| 05/30/2008 | CTDOC | REG | CEC SAL ORD #6427287 | 2.32 | 2.54 | 0.00 |
| 05/28/2008 | CTDOC | REG | CRS SAL ORD #6439062 D1 | <10.37> | 0.22 | 0.00 |
| 05/22/2008 | CTDOC | REG | CRS SAL ORD #6427287 D1 | <25.98> | 10.59 | 0.00 |
| 05/12/2008 | CTDOC | REG | Mail Receipts 114 | 35.00 | 36.57 | 0.00 |
| 05/02/2008 | CTDOC | REG | CEC SAL ORD #6361139 | 1.37 | 1.57 | 0.00 |

JOHN P. PATZ
*NOTARY PUBLIC*
MY COMMISSION EXPIRES