UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE LENIART

V.

SGT. WILLIAM BUNDY, ET. AL

CIVIL NO. 3:09-CV-09(CFD)

JUNE 28, 2010

## PLAINTIFFS MOTION FOR LEAVE TO DEPOSE

Pursuant to Rule 30 of the Federal Rules of Civil Proceedure, the plaintiff requests leave of this court to depose defendants, Bundy, Blanchette, Hoagland, Patterson, Bransford, Ellison, Cartagena and Blais, also Montville Town Police Officers Sundland, Northrop and Greenwood. Plaintiff states these depositions are necessary to further explore sharp conflicting statements obtained through prior discovery regarding defendants alleged involvement and also to support plaintiffs adamently disputed version of events.

The plaintiff is currently confined at the MacDougall-Walker Correctional Institution, in Suffield Conn. Plaintiff has has previously been denied appointment of counsel to help litigate this claim and is moving as a Pro-Se litigant against the well versed Connecticut Office of Attorney General. The plaintiff seeks this opportunity to obtain un-coached and spontaneous answers that are not compelled or drafted by experienced attorneys, which will inturn equal the playing-field and be in the best interest of justice.

The plaintiff will further seek by stipulation and forward an order regarding the managment of dates, times, location and scheduling order of deponents if leave is granted by this court. And as per Rule 29 of the Fed. R. Civ. P.

Plaintiff, also requests leave for appropiations of monies from the Pro-Se fund to pay costs in association with a reporting service and/or other costs involved with the administration of said depositions.

Plaintiff, would also be amiable to a hybrid deposition plan involving the use of duel tape recording devices instead of hiring a stenographer.

WHEREFORE, the plaintiff respectfully requests leave to depose [All] defendants and Montville Town Police OFFICERS SONDLAND, NORTHRUP, and Greenwood.

Respectfully Submitted,
The Plaintiff

George Leniart #250010
1153 E. ST SOUTH
SUFFIELD CT. 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of May, 2010

STEVEN STROM
AAG
110 Sherman St.
Hartford CT. 06105

George Leniart #250010