UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2010 DEC -7 P 12: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

GEORGE M. LENIART

-V-

CASE NO. 3:09-cv-00009(CFD

S.G.T. BUNDY ET.AL,.

NOVEMBER 30, 2010

## MOTION FOR LEAVE TO FILE AMENDED SUPPLEMENTAL COMPLAINT

1. Plaintiff George M. Leniart, pursuant to Rule 15(a)(2) of Fed.R.Civ.P. requests leave to amend his supplemental complaint, in support of this motion the Plaintiff states the following:

2. The plaintiff since filing the supplemental complaint dated 10/27/10, has not as the date of this motion heard back from the court that their was a ruling on the last motion for leave, indicating that the Defendants have not been served or asked to respond.

3. This amended supplemental complaint more clearly states the Plaintiff's cause of action and the relief requested, also defines any likely merit.

Wherefore, the Plaintiff respectfully requests this court grant leave to file Plaintiff's Amended Supplemental Complaint.and further order the Defendant's to answer the complaint.

PLAINTIFF

_____
George M. Leniart ç250010
MacDougall CI.
1153 East ST. South
Suffield Ct. 06080

C E R T I F I C A T I O N

____I here by certify that a copy of the foregoing was mailed on this 1st day of December 2010.to the following:

AAG. STEVEN R. STROM
110 Sherman Street
Hartford CONN.06105

_____
GEORGE M. LENIART ç250010