UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE M. LENIART                                CASE NO. 3:09-cv-09(CFD

-V-

SGT. WILLIAM BUNDY ET,AL.,                       DECEMBER 9, 2010

<u>AFFIDAVIT   OF   GEORGE M. LENIART</u>

<u>I GEORGE M. LENIART, (PLAINTIFF), BEING DULY SWORN DEPOSES AND STATES THAT:</u>

1. I am asking the court to deny or stay, the defendants summary judgment motion at this time because discovery has not been completed, I move pursuant to Rule 56(f) Fed.R.Civ.P.

2. I am extremely burdened by my incarceration from obtaining proper discovery, access to an updated law library, and being able to make and produce legal copies in time.

3. I have been adamantly and diligently trying to obtain discovery in possession of the defendants'. On 9/29/10, I served my third request for the production of documents on the defendants, they then moved twice for an extention of time, which will mean I will not receive documents or a denial of my request until mid December just several days before my summary answer would be due, leaving me with no time to oppose or look into any other leads said discovery may produce plaintiff relies on these requested documents as evidence to show state agents violated their own policies and procedure

during the unlawful searches and seizures, In my third request for production (**Exhibit A**) I request the photos taken by State Police of the 10/5/06 search which I state was performed by the State Police not Parole Agent Dutka as the defendants claim, my G.P.S. violation history reports which agents relied upon to violate my parole, knowing that the G.P.S. had been not working a the time of the violation and most importantly the micro-cassette recorder and micro-cassettes that the defendants fail to mention at all in their summary judgment motion, this evidence was seized illegally and they do not want to bring it up because the tapes contain evidence of corruption, conspiracy, and criminal activity. The tape contain these agents talking to me explaining how they were going to fabricate and use false evidence to arrest me and put me back in jail. The sole reason the 9/25/07 unlawful search was performed and took place. The Parole agents do not give any reason (**Exhibit B**) why a micro-cassette recorder, micro-cassettes, and the (9) video security tapes, including the on that was recording them at the time they entered was seized. I state they were seized to cover up the unlawful entry to recover the recordings that would cost them their jobs and cause them to be arrested. This manifest of injustice alone is a strong reason to allow me to further discover and develop my case.

4. On October 25, 2010, I sent 135 requests for admissions and 100 interrogatories and requests for documents, to date the defendants failed to reply within the 30 days or failed to move for an extention of time to respond. Because my cause of action this type of case relies heavily on depositions, which because

of my burdens of incarceration make them impossible to obtain without an attorney, I am forced to rely on my requests for admissions and interrogatories, I was in the process of requesting leave of the court to exceed the number of interrogatories allowed by the Fed.R.Civ.P. I had planed to move per Rule 33(a)(1) and local Rule 33 (b) because this is my only means of obtaining the information I am seeking. Also, if and when the defendants respond to my admissions and interrogatories I may require further inquiry I also require more time more time to research and draft another motion to compel the defendants to respond to the admissions and interrogatories because I will be forced to rely on their responses and can not risk a Rule 36(b) Fed.R.Civ.P. at the last minute because I do not have any depositions to fall back upon.

5. On October 26, 2010, I submitted a motion for leave to file a supplemental complaint to the court, that motion has not been ruled upon as of the date of this affidavit.

6. I was transfered to the MacDougall facility and now have been able to access the law library for the first time since filing my complaint. I have been adamantly and diligently working to amend the deficiencies in my complaints, however, I have been waiting two weeks to be able to make copies because of institutional codes and lock downs so I was forced to wait until 11/30/10 to mail them out to the court. My second amended complaint contains in its body, that I was assaulted by the arresting officers on 10/5/06, for which

I have supporting documents (Exibit C) which establishes that I was complaining of back and shoulder pain as soon as I was admitted to the correctional facility. Over the past years the injury has become more intense and painful as I am not receiving the proper care because of my incarceration, which inturn cause me to file inmate remedy complaints (Exhibit D) after fighting for the ex-ray it was learned that I may suffer from this injury for the rest of my life (Exhibit E) clearly indicating that unnecessary force was used by defendants.

7. Because my complaint involves claims that occurred outside the D.O.C. and involves other agencies I am extremely burdened by my incarceration which is making it impossible to locate the witnesses that have knowledge of these unlawful incidents and to be able to obtain a sworn affidavit or deposition which this type of case relies upon heavily to oppose a summary judgment motion.

8. I have obtained a hand written statement by Casey Lyons (Exhibit F) while we were in transfer to other correctional facilities. I do not believe it is in correct form, however I offer it to demonstrate to the court that their is a genuine need for me to be able to obtain this statement in correct form, however because inmates are not allowed correspond with others in different institutions, I am unable to obtain a new affidavit without this courts intervention, and I believe that this affidavit will be linchpin to my

case, I most certainly will rely on his affidavit to respond to defendants summary judgment motion.

9. I am also awaiting a freedom of information appeal as part of my discovery in my case. I am confident that this information will be released, as it has been released to others in the past. The information will help identify which defendant state police agents were at Corigan Correctional soliciting false information suborned by incentives for anyone who would sign a perjured statement. This information I will obtain will support my assertions with the support of affidavits I still need to obtain from two inmates that came forward and testified to similar facts in an unrelated criminal trial. Their testimony states these same state agents tried to solicit false statements from them. This information is also documented in my trail transcripts which I am also waiting for, all of this information is critical to my opposition for summary judgment.

10. Another reason I can not respond to the defendants motion at this time, I will be needing to interview two neibors that may have witnessed the illegal search and entry by State Police agents which the defendants adamantly deny, the defendants deny that the state police ever entered my home on 9/25/07 the day of the unlawful entry and illegal search (Exhibit G) see defendants responses to plaintiff's interrogatories dated 6/11/10, pg.2 paragraph 4 response

stating that no state police entered my residence during the 9/25/07 unlawful search, however defendant Wilber Blanchette's testimony during my criminal trial states he and other law enforcement agents were infact inside my home and participating in a searh, and he did infact seize items, see pg.28 line 7-15 (**Exhibit H**) **an excerpt** from my 2010 criminal trial. The need for these neighbors sworn affidavits are needed to oppose the defendants summary judgment motion, I do not have any type of interaction with them and they have not responded to my letter.

11. On 11/30/10, I mailed a second amended complaint and a amended supplemental complaint along with a motion seeking leave from the court to file them as they will correct the insufficiencies in my complaints and bring forth my cause of action more clearly. I ask this court to consider these motions and allow me to amend my complaint before defendants summary judgment motion is allowed to move.

12. I have been adamantly trying to obtain crucial evidentry documents from my trial file which was handed over by my attorney to the chief public defenders office who is working on my criminal appeal. As the court can see in (**Exhibit I**) a letter where I am told I will have to wait till they have time to look for my documents in my file, the document that I seek is another statement from my 2004 false arrest, also another case that was terminated in my favor containing

the statement of my Son Douglas R. Leniart, this statement contains specific language that these same defendant's put false and misleading information in yet another statement to obtain probable cause (Exhibit J) I am trying to obtain the sworn statement that is in my file which is in the possession of the public defenders office, this statement is in proper form and I will need it in order to help oppose this summary judgment motion.

13. I further state that all the defendant state agents worked in collusion and conspiracy and used false information that they suborned knowingly, intentionally and with reckless disregard for the truth, which they used to substantiate information to support a finding of probable cause, which was then submitted to the court of law that found probable cause only because of these agents self fabricated false information. Therefore, clearly indicating I was not held on a lawful mittimus or warrant, and if a jury believes my information the defendants immunity defenses must not lie.

14. I also want to bring to the courts attention that my burdens of being incarcerated are being heightened by the unethical and impeding tactics of the D.O.C. using retalitory conduct to impose more severe burdens upon me by opening every piece of out-going correspondence and on some occasions removing important legal documents being sent out to friends and family members that are helping me with this litigation, sometimes the documents are glued to the inside of the envelopes, because of the D.O.C. mail room envelope opening procedures

Making the contents non readable and usless. Also mail sent to me, such as case law and computer generated documents either never arrives or is missing from the contents being sent, I have also contacted the U.S.District Court clerk on two different occasions informing her that I was not receiving rulings that were sent from the court which she had to send again, however my time to object to the rulings had passed, on 12/6/10, my legal mail was given to me already opened out of my sight, I asked for an incident report to be filed, and I have been filing ongoing inmate remedies (**Exhibit K**) regarding several incidents that have happened over the last year or so while I have been involved in this action. I have also contacted unit managers, counselors, and treatment officers informing them that I had a timely motion to respond to and if arrangements could be made for additional time in the law library also, if I would be able to produce more than the 100 copies per week that I am allowed by their rules. All requests were denied. These are all reasons beyond my control showing extreme impeding hard ships that the court may take into consideration.

15. For all the aforementioned reasons I ask this court to dismiss or stay the defendants summary judgment at this time, because my discovery is **not** complete because of the hindrance and burdens of being incarcerated, I have showen that I have a colorable argument and that I am not bringing

this action maliciously, or because I have nothing better to do with my time as the defendant's suggest. I also, boldly and vehemently state that I am innocent of all the crimes that these defendant's charged me with and further contend my innocents in the case I am serving time for now will be forthcoming in the very near future. I have been adamantly and diligently working on trying to obtain evidentry documents from the defendants from the defendants from the time of this cases inception, I have either been delayed or hindered.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

George M. Lemiart
MacDougall CI.
1153 East ST. South
Suffield CT 06080

SUBSCRIBED AND SWORN TO BEFORE
ME THIS __9__ DAY OF DECEMBER 2010

NOTARY

Joseph McGuire
NOTARY PUBLIC
My Commission Expires 3/31/2012

# CERTIFICATION

I hereby certify that a copy of the foregoing motion has been sent postage paid to the following this 9th day of December, 2010.

AAG. STEVEN STROM
110 Sherman St
Hartford, CT 06105

The Plaintiff,

_[signature]_
GEORGE M. LENIART
MACDougall CI
1153 E. ST SOUTH
SUFFIELD CT 06080