UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE LENIART, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:09-CV-09 (JCH) |
| | : | |
| v. | : | |
| | : | |
| SGT. WILLIAM BUNDY, et al. | : | JANUARY 9, 2012 |
| Defendants. | : | |
| | : | |
| | : | |

**RULING RE: PLAINTIFF'S MOTION FOR RECONSIDERATION AND ARTICULATION (Doc. No. 96)**

Plaintiff's Motion for Reconsideration is denied.  A motion for reconsideration may be granted where the movant demonstrates: 1) an intervening change in controlling law; 2) the availability of newly discovered evidence; or 3) the need to correct clear error or prevent manifest injustice.  Local Rules of Civ. P. 7(c); <u>Virgin Atl. Airways , Ltd. v. Nat'l Mediation Bd.</u>, 956 F.2d 1245, 1255 (2d Cir. 1992).  The court does not find that the plaintiff has met any of these standards.

The Motion to Articulate is granted.  This court understands the Ruling (Doc. No. 92) to state the plaintiff may pursue his claim in another lawsuit.  This court does not understand that Ruling to state any view of defenses to that claim.  That is for the court before whom the claim is pled to decide.

Accordingly, the court **denies** plaintiff's Motion for Reconsideration, but **grants** plaintiff's Motion for Articulation (Doc. No. 96).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of January, 2012.

                                 /s/ Janet C. Hall
                                Janet C. Hall
                                United States District Judge