UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE LENIART, #250010 | : | CIVIL NO. 3:09-CV-09(JCH)(HBF) |
| v. | : | |
| SGT. WILLIAM BUNDY, ET.AL. | : | MARCH 30, 2012 |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO LEO C. ARNONE, COMMISSIONER OF CORRECTION, STATE OF CONNECTICUT, OR WARDEN, MACDOUGALL-WALKER CI, GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, you, are hereby commanded to deliver the **inmate GEORGE LENIART, #250010,** to appear before the United States District Court for the District of Connecticut located at 915 Lafayette Blvd., Bridgeport, Connecticut on Monday, April 16, 2012, at 1:00 PM, so that he will be present in the above-captioned matter, to participate in a civil action, and to be returned to your custody immediately at the conclusion of said proceeding. This is a federal civil matter so the Connecticut Department of Correction (DOC) must provide transportation directly to the Federal Courthouse, 915 Lafayette Blvd., Bridgeport, CT. A correction officer must be assigned to the prisoner named herein for the duration of the hearing. The United States Marshals will not transport this inmate. The clerk is directed to fax a copy of this writ directly to the facility listed above.

Dated at Bridgeport, Connecticut, this 2d day of April, 2012.

HONORABLE HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE