UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE M. LENIART | : | CIVIL NO. 3:09CV00009 (HBF) |
| v. | : | |
| WILLIAM BUNDY, ET AL. | : | JANUARY 28, 2013 |

### DEFENDANTS' EXHIBIT LIST

| | | |
|---|---|---|
| 501 | 01-11-06 | Signed Parole Conditions – 1 Page |
| 502 | 10-11-06 | Parole Violation Report – 4 Pages |
| 503 | 05-22-07 | Parole Hearing Summary – 2 Pages |
| 504 | 03-22-07 | Conviction CR-07-0100664 CGS § 21a-279(c) – 1 Page |
| 505 | 06-15-07 | Signed Parole Conditions – 2 Pages |
| 506 | 06-15-07 | Signed Computer Access Agreement – 2 Pages |
| 507 | 06-15-07 | Signed Notification of Sex Offender Registration – 4 Pages |

| | | |
|---|---|---|
| 508 | 10-05-06 | Remand to Custody Order – 1 Page |
| 509 | 10-05-06 | Application for Arrest Warrant, Affidavit of Hoagland and Warrant Signed by J. Fischer – 8 Pages |
| 510 | 10-04-06 | Signed Witness Statement of Brandi Leniart – 3 Pages |
| 511 | 10-04-06 | Signed Witness Statement of Corey Piascik – 2 Pages |
| 512 | 10-05-06 | Signed Notice of Rights – 1 Page |
| 513 | 10-03-06 | Call Summary Report CFS #0600345017 – 3 Pages |
| 514 | 10-05-06 | Signed Uniform Arrest Report 8501806 – 1 Page |
| 515 | 11-06-06 | Case Investigation Report of Incident 10-04-06 – 7 Pages |
| 516 | 10-06-06 | Family Violence Offense Report – 1 Page |

| | | |
|---|---|---|
| 517 | 05-19-09 | Transcript CR-07-0103205 and CR-08-0296666 – 7 Pages |
| 518 | 01-02-07 | Application for Arrest Warrant Signed 01-31-07 – 2 Pages |
| 519 | 10-05-06 | Evidence Photos CFS-06-00347861 – 1 Page |
| 520 | 12-18-06 | CSP Laboratory Report of Evidence 10-05-06 – 1 Page |
| 521 | 10-05-06 | Evidence Inventory Report CFS-06-00347051 – 2 Pages |
| 522 | 03-22-07 | Judicial Criminal Conviction Report CR-07-0100664 – 1 Page |
| 523 | 10-06-06 | DOC Intake Photos – 2 Pages |
| 524 | 10-11-06 | DOC Photo – 1 Page |
| 525 | 09-28-07 | Parole Violation Report – 5 Pages |

| | | |
|---|---|---|
| 526 | 10-29-07 | Parole Violation Report – 5 Pages |
| 527 | 12-21-07 | Parole Violation Report Addendum – 4 Pages |
| 528 | 12-05-07 | Information – 1 Page |
| 529 | 12-07-07 | Habeas – 2 Pages |
| 530 | 09-21-07 | Pro Tech Monitoring, Inc. GPS – 6 Pages |
| 531 | 09-25-07 | Remand to Actual Custody Order – 1 Page |
| 532 | 11-09-07 | Parole Warrant for Re-Imprisonment – 1 Page |
| 533 | 01-26-07 | Parole Violation Report Addendum – 3 Pages |
| 534 | 02-05-07 | Habeas for 21a-279c – 2 Pages |
| 535 | 06-11-02 | Mittimus Special Parole – 1 Page |

| | | |
|---|---|---|
| 536 | 11-27-07 | CSSD Report of Findings Computer – 7 Pages |
| 537 | 07-20-07 | Douglas Leniart Witness Statement – 3 Pages |
| 538 | 08-17-07 | Statement of CV-1 – 4 Pages |
| 539 | 08-06-07 | Statement of CV-1 – 1 Page |
| 540 | 12-06-07 | Signed Application for Arrest Warrant – 5 Pages |
| 541 | 12-11-07 | Notice of Rights – 1 Page |
| 542 | 01-14-02 | Mittimus $500,000 – Risk of Injury CR-95-64895 Violation of Probation – 1 Page |
| 543 | 01-14-02 | Continuance Mittimus- Risk of Injury CR-02-0264726 – 1 Page |
| 544 | 06-11-02 | Mittimus Risk of Injury 53-21 – 1 Page |
| 545 | 06-11-02 | Mittimus Concurrent Violation of Probation 53a-32 – 1 Page |

| | | |
|---|---|---|
| 546 | 08-18-04 | Writ of Habeas Corpus and Mittimus CR-04-0092626 – Sexual Assault 1 and Risk of Injury – 2 Pages |
| 547 | 10-04-05 | Nolle Disposition CR-04-92626 – 1 Page |
| 548 | 11-03-05 | Signed Special Parole Conditions – 1 Page |
| 549 | 06-11-02 | Time Sheet CR-95-64895 – 1 Page |
| 550 | 01-22-13 | Leniart RT 60 Movement Sheet – 3 Pages |
| 551 | 10-06-06 | Continuance Mittimus $50,000 CR-06-0099331 Assault 2, Breach of Peace 2nd Degree and Illegal Sale of Liquor to Minor – 1 Page |
| 552 | 05-25-07 | Special Parole Mittimus CR-02-0264726 – 1 Page |
| 553 | 06-22-07 | Parole Release Authorization – 1 Page |
| 554 | 12-11-07 | Continuance Mittimus $250,000 CR-07-0103205 Sexual Assault 2, Illegal Sale of Liquor to Minor and Sale of Controlled Substance – 1 Page |

| | | |
|---|---|---|
| 555 | 04-01-08 | Continuance Mittimus $2,000,000 CR-08-0296666 Murder – Victim of Kidnapping, Murder – Victim of Sexual Assault 1, Murder – Victim 16 Years Old and Murder – 1 Page |
| 556 | 06-22-10 | Mittimus CR-08-0296666 Life Without Possibility of Parole 3 Counts of Capital Felony and 1 Count of Murder – 1 Page |
| 557 | 12-19-05 | Letter from Richard Sparaco to Plaintiff – Special Parole Conditions |
| 558 | 06-05-06 | Letter from Plaintiff to P.O. Bransford |
| 559 | 10-05-06 | Photo Leniart Basement Apartment |
| 560 | 10-05-06 | Photo Leniart Basement Apartment |
| 561 | 10-05-06 | Photo Leniart Apartment Door |
| 562 | 10-05-06 | Photo Leniart Apartment Door Open Rafter Ceiling |
| 563 | 10-05-06 | Photo Leniart Open Rafter Ceiling |

| | | |
|---|---|---|
| 564 | 10-05-06 | Photo Leniart Apartment Open Rafter Ceiling |
| 565 | 10-05-06 | Photo Leniart Computer Monitor |
| 566 | 10-05-06 | Photo Leniart Apartment Monitors – VHS Recorder |
| 567 | 10-05-06 | Photo Leniart Apartment Homeland Security |
| 568 | 10-05-06 | Photo Computer Monitor |
| 569 | 10-05-06 | Photo Leniart Apartment Desktop and Beer Can |
| 570 | 10-05-06 | Photo Leniart Apartment Door/Rafter |
| 571 | 10-05-06 | Photo Open Box on Bed – Leniart Apartment |
| 572 | 10-05-06 | Photo Open Box on Bed – Leniart Apartment |

                                DEFENDANTS
                                William Bundy, Et Al.

                                GEORGE JEPSEN
                                ATTORNEY GENERAL


                    BY: /s/ Steven R. Strom
                        Steven R. Strom
                        Assistant Attorney General
                        110 Sherman Street
                        Hartford, CT 06105
                        Federal Bar #ct01211
                        E-Mail: steven.strom@ct.gov
                        Tel.: (860) 808-5450
                        Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that on January 28, 2013, a copy of foregoing **Defendants' Exhibit List** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing. Parties may access this filing through the Court's CM/ECF System. I also hereby certify that a paper copy of the foregoing was hand-delivered to the following on this 28th day of January, 2013:

Kevin M. Smith
Carolina D Ventura
Wiggin & Dana-NH
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832


                                /s/ Steven R. Strom
                                Steven R. Strom
                                Assistant Attorney General