UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE M. LENIART, | : |
| Plaintiff, | : Civil Action No. 3:09-cv-09 (HBF) |
| v. | : |
| WILLIAM BUNDY, ET AL. | : January 28, 2013 |
| Defendants. | : |

## PLAINTIFF'S WITNESSES

Pursuant to Section 7 of this Court's Final Pre-Trial Order, dated October 12, 2012, plaintiff anticipates calling witnesses at trial as follows:

### Witnesses plaintiff will definitely call:

1. <u>George Leniart, Cheshire Correctional Institution, Cheshire, CT</u>

    Mr. Leniart is the plaintiff in this case. Mr. Leniart is expected to testify about the circumstances surrounding his arrest on October 5, 2006 and about the two searches of his home on October 5, 2006 and September 25, 2007. Mr. Leniart is expected to testify regarding the damages he has suffered as a result of defendants' conduct. Mr. Leniart is also expected to testify in rebuttal to any contrary testimony offered by the defendants.

**Witnesses plaintiff might call:**

2. <u>Phyllis Leniart, 300 Massapeag Side Road, Montville, CT</u>

    If called, Mrs. Leniart may testify as to her observations before, during, and after George Leniart's arrest on October 5, 2006. Mrs. Leniart may also testify regarding Mr. Leniart and defendants' conduct during the arrest and search of the residence. Mrs. Leniart may also testify regarding the damages Mr. Leniart has suffered as a result of defendants' conduct. Mrs. Leniart may also testify in rebuttal to any contrary testimony offered by the defendants.

3. <u>Brandi Hamilton (Leniart) (address to be provided)</u>

    If called, Mrs. Hamilton may testify as to the events leading to Mr. Leniart's arrest on October 5, 2006. Mrs. Hamilton may testify regarding the circumstances surrounding her statements to police. Mrs. Hamilton may also testify regarding the damages Mr. Leniart has suffered as a result of defendants' conduct. Mrs. Hamilton may also testify in rebuttal to any contrary testimony offered by the defendants.

4. <u>Corey Piascik (address to be provided)</u>

    If called, Mr. Piascik may testify as to the events leading to Mr. Leniart's arrest on October 5, 2006. Mr. Piascik may also testify regarding the circumstances surrounding his statements to police.

5. <u>Casey Lyons, Corrigan-Radgowski Correctional Center, Uncasville, CT</u>

   If called, Mr. Lyons may testify regarding the circumstances surrounding his statements to police.

6. <u>Douglas Leniart, McDougal-Walker Correctional Institution, Suffield, CT</u>

   If called, Mr. Douglas Leniart may testify regarding the circumstances surrounding his statements to police. Mr. Douglas Leniart may also testify regarding the damages Mr. Leniart has suffered as a result of defendants' conduct. Mr. Douglas Leniart may also testify in rebuttal to any contrary testimony offered by the defendants.

7. <u>Sgt. Greenwood, Montville Police Department, 89 Fort Shantok Road Uncasville, CT</u>

   If called, Sgt. Greenwood is expected to testify regarding his observations and findings upon responding to a reported disturbance at 300 Massapeag Side Road on October 3, 2006, leading up to the October 5, 2006 arrest and search in question.

8. <u>Sgt. Northrop, Montville Police Department, 89 Fort Shantok Road Uncasville, CT</u>

   If called, Sgt. Northrop is expected to testify regarding his observations and findings upon responding to a reported disturbance at 300 Massapeag Side Road on October 3, 2006, leading up to the October 5, 2006 arrest and search in question.

9. <u>Officer Sundman, Montville Police Department, 89 Fort Shantok Road Uncasville, CT</u>

   If called, Officer Sundman is expected to testify regarding his observations and findings upon responding to a reported disturbance at 300 Massapeag Side Road on October 3, 2006, leading up to the October 5, 2006 arrest and search in question.

10. <u>Sgt. William Bundy, Connecticut State Police, P.O. Box 306, Uncasville, CT</u>

    Sgt. Bundy is a defendant in this case. If called by plaintiff, he is expected to testify about his involvement in the investigation of the alleged disturbance at 300 Massapeag Side Road on October 3, 2006. He is expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of his home on October 5, 2006. He is also expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of Mr. Leniart's home on September 25, 2007.

11. <u>Sgt. Wilber Blanchette, Connecticut State Police, P.O. Box 306, Uncasville, CT</u>

    Sgt. Blanchette is a defendant in this case. If called by plaintiff, he is expected to testify about his involvement in the investigation of the alleged disturbance at 300 Massapeag Side Road on October 3, 2006. He is expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of his home on October 5, 2006. He is also expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of Mr. Leniart's home on September 25, 2007.

12. <u>Detective Michael Hoagland, Connecticut State Police, P.O. Box 306, Uncasville, CT</u>

    Detective Hoagland is a defendant in this case. If called by plaintiff, he is expected to testify about his involvement in the investigation of the alleged disturbance at 300 Massapeag Side Road on October 3, 2006. He is expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of his home on October 5, 2006. He is also expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of Mr. Leniart's home on September 25, 2007.

13. <u>Trooper John Patterson, Connecticut State Police, P.O. Box 306, Uncasville, CT</u>

    Trooper John Patterson is a former defendant in this case. If called by plaintiff, he is expected to testify about his involvement in the investigation of the alleged disturbance at 300 Massapeag Side Road on October 3, 2006.

14. <u>Parole Officer Larry Bransford, Special Management Unit, 300 Sheldon St, Hartford, CT</u>

    Parole Officer Bransford is a defendant in this case. If called by plaintiff, he is expected to testify about Mr. Leniart's history and conduct while supervised on parole. He is expected to testify regarding his involvement in the investigation of the alleged disturbance at 300 Massapeag Side Road on October 3, 2006. He is expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of his home on October 5, 2006. He is also expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of Mr. Leniart's home on September 25, 2007.

15. <u>Parole Officer Rodney Blais, Special Management Unit, 300 Sheldon St. Hartford, CT</u>

　　Parole Officer Blais is a former defendant in this case. If called by plaintiff, he is expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of Mr. Leniart's home on September 25, 2007.

16. <u>Parole Officer Jose Cartagena, Special Management Unit, 300 Sheldon St. Hartford, CT</u>

　　Parole Officer Cartagena is a former defendant in this case. If called by plaintiff, he is expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of Mr. Leniart's home on September 25, 2007.

17. <u>Former Parole Officer John Duca, Hopkinton Police Department, 406 Woodville Road Hopkinton, RI</u>

　　If called by plaintiff, Former Parole Officer Duca is expected to testify about his involvement in the investigation of the alleged disturbance at 300 Massapeag Side Road on October 3, 2006. He is also expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of his home on October 5, 2006.

18. <u>Parole Manager Ellison, Special Management Unit, 300 Sheldon St. Hartford, CT</u>

　　Parole manager Ellison is a defendant in this case. If called by plaintiff, he is expected to testify about Mr. Leniart's history and conduct while supervised on parole. He is also expected to testify regarding his involvement in and his observations during Mr. Leniart's arrest and the search of Mr. Leniart's home on September 25, 2007.

19. <u>Custodian of Records Regarding Recordkeeping Procedures, Policies, and The Records in this Case, Montville Police Department</u>

   Plaintiff anticipates that he will subpoena a Montville police officer who is expected to testify regarding the Montville Police Department's record retention, investigation policies, arrest policies, search and seizure policies, and record keeping procedures. If called, it is anticipated that the Police Department designee will authenticate the records in this case and the lack of certain records in this case. In addition, this witness will testify regarding the requirements for record keeping, record retention, arrests, searches and seizures, and investigations within the Department.

20. <u>Custodian of Records Regarding Recordkeeping Procedures, Policies, and The Records in this Case, Connecticut Board of Pardons and Paroles</u>

   Plaintiff anticipates that he will subpoena a representative of the Connecticut Board of Pardons and Paroles who is expected to testify regarding the Board of Pardons and Paroles' record retention, recordkeeping procedures, and policies regarding conditions of parole and monitoring of parolees. If called, it is anticipated that the Board of Pardons and Paroles designee will authenticate the records in this case.

21. <u>Custodian of Records Regarding Recordkeeping Procedures, Policies, and The Records in this Case, Connecticut State Police</u>

   Plaintiff anticipates that he will subpoena a State police officer who is expected to testify regarding the Connecticut State Police's record retention, investigation policies, arrest

policies, search and seizure policies, and recordkeeping procedures. If called, it is anticipated that the Connecticut State Police designee will authenticate the records in this case. In addition, this witness will testify regarding the requirements for record keeping, record retention, arrests, searches and seizures, and investigations within the Department.

22. <u>Michelle DeVeau, Central Records Unit, MacDougall-Walker Corrections Insitution, 1153 East Street South, Suffield, CT</u>

If called by plaintiff, Ms. DeVeau is expected to testify regarding the record retention and recordkeeping procedures and practices of the Department of Corrections. She is also expected to authenticate records in this case.

23. <u>Parole Manager Dan Bennet, Fugitive Investigations Unit, , 300 Sheldon St. Hartford, CT</u>

If called by plaintiff, Parole manager Dan Bennet is expected to testify regarding Parole Division training regarding arrests, remand, and searches and seizures.

24. <u>John DeFeo, Board of Pardons and Paroles, 55 West Main Street, Waterbury, CT</u>

If called by plaintiff, John DeFeo is expected to testify regarding the policies, procedures, and practices of the Board of Pardons and Paroles regarding conditions of parole, home visits, and searches and seizures.

25. <u>Greg Kettering, Connecticut State Police Forensic Lab, 1111 Country Club Road, Middletown, CT</u>

If called by plaintiff, Greg Kettering is expected to testify about the Connecticut State Police policies, procedures and practices regarding the reports and records in this case.

The plaintiff additionally reserves the right to call any other of defendants' witnesses, and/or any witness necessary to authenticate plaintiff's proposed exhibits, and/or rebuttal witnesses.

Dated January 28, 2013

                                          PLAINTIFF
                                          George Leniart

                                          BY:___/s/___Carolina Ventura___
                                          Carolina D. Ventura
                                          Kevin M. Smith
                                          Wiggin & Dana
                                          265 Church St., PO Box 1832
                                          New Haven, CT 06508-1832
                                          Federal Bar #ct28780
                                          E-Mail: cventura@wiggin.com
                                          Tel.: (203) 498-4304
                                          Fax: (203) 782-2889

## CERTIFICATION

I hereby certify that on January 28, 2013, a copy of the foregoing plaintiff's witness disclosure was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            Carolina D. Ventura