UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE LENIART, #250010 | : | CIVIL NO. 3:09-CV-09 (HBF) |
| V. | : | |
| SGT. BUNDY, ET AL. | : | FEBRUARY 25, 2013 |

**DEFENDANTS' MOTION IN LIMINE RE: DAMAGES AND PLAINTIFF'S EXHIBITS 40-47**

Plaintiff has proposed to offer bank statements for "J & G Unlimited," presumably plaintiff's company, which he operated when he was not in prison. (Plaintiff's Exhibits 40-47) (Attached). Exhibit 40 shows a balance of $7.34 as of 7-1-07. Plaintiff was re-released to Special Parole on 7-5-07, and Exhibit 41 shows deposits of $3,826.14, and withdrawals of $3,475.31, ending with a balance of $356.67 as of 8-31-07. Plaintiff was on Special Parole during the month of August 2007. Presumably plaintiff wishes to show how much money he made during that month. This amount is totally irrelevant, as are all of the bank statements. This Court, in its Ruling on Summary Judgment (Doc. #92) found that plaintiff's remand to custody on September 25, 2007 was lawful, and further found no basis for a false arrest claim in 2007. Thus, the plaintiff's bank account statements for July, August, September, October, November and December 2007, prove nothing and are irrelevant.

With regard to the plaintiff's Remand to Actual Custody on October 5, 2006, these records prove nothing as well. It is not logical to infer from these records, even if they could stand for the proposition that they represent plaintiff's supposed "income," that what he might have made during the summer months of 2007 is reflective of what plaintiff might have earned in October of 2006. Plaintiff has not offered any records demonstrating his earnings in 2006. Arguably, if plaintiff had his IRS 1040 federal income tax returns, and

filings for 2006 and 2007, they might prove an arguable basis for him to claim he earned a certain amount of income in 2006, and 2007. However, plaintiff has made no showing whatsoever of what his income tax returns showed his income was in those years.

For the additional reasons discussed below, the plaintiff's bank statements for September through December, Exhibits 40-46, and his business transaction record (Plaintiff's Exhibit 47) (attached) are entirely irrelevant, since both the October 2006 Remand and the September 2007 Remand were entirely lawful, and plaintiff has no damages as a result of his own conduct, resulting in parole violations, parole violation reports, and a finding that plaintiff had violated parole, made by the Parole Board after a hearing held on May 22, 2007. (Defendants' Exhibit 503) (attached).

## I. PLAINTIFF HAS NO DAMAGES

On October 5, 2006, plaintiff was lawfully remanded into custody by Parole Officer Bransford, after plaintiff was arrested by Connecticut State Police. (Plaintiff's Exhibit 19) (attached). Plaintiff's parole violations included failure to obey all laws, as he was arrested for assaulting his daughter Brandi Leniart, failure to comply with the parole condition that he not have any alcohol, as he was found to have alcohol in his residence and on his boat (Defendants' Exhibit 502) (attached) and he was found guilty of said parole violations. (Defendants' Exhibit 503) (attached). The plaintiff also was found in possession of a bag of marijuana, and on 3/22/07, plaintiff pleaded guilty and was sentenced for possession of the marijuana. This conviction resulted in a finding of guilty of parole violations for failure to obey all laws, and also possession of drugs. Thus, plaintiff's Special Parole was revoked, and the Board ordered re-instatement to Special Parole as of July 5, 2007. Therefore, the entire period of time from October 5, 2006 to July 5, 2007, plaintiff was lawfully held as a

parole violator, in custody at all relevant times, and no claim for damages can arise from these facts.

This Court's Ruling on Summary Judgment (Doc. #92) at 14, stated the following:

> A plaintiff does not have a claim for false arrest or malicious prosecution under section 1983 if, at the time of his arrest and prosecution, he already is in custody on other charges, because there is no deprivation of liberty interests. *See* Dillhunt v. Theriault, No. 9:07-CV-412(GTS/DEP), 2009 WL 4985477, at *16 (N.D.N.Y. Dec. 15, 2009) ("Where a prisoner's period of incarceration is not impacted by disciplinary proceedings ... that inmate has no claim for malicious prosecution under section 1983"); Holmes v. Grant, No. 03 Civ. 3426, 2006 WL 851753, at *13-*14 (S.D.N.Y. Mar. 31, 2006) ("[a]n inmate already incarcerated has not suffered any unconstitutional deprivation of liberty as a result of being charged with new criminal offenses"). Leniart was in custody pursuant to the remand order. He has not shown that his period of incarceration was lengthened as a result of this arrest. Thus, the defendants' motion for summary judgment is granted as to all claims relating to the December 2007 arrest.

Obviously, undersigned counsel failed to effectively communicate to the Court sufficient evidence or arguments, to convincingly explain that the same rationale which required that judgment enter for the defendants as to the 2007 false arrest claim, applies with equal force to the October 5, 2006 arrest. Even if the Connecticut State Police had not obtained an arrest warrant for the assault 2nd degree charge based on plaintiff's assault on his daughter Brandi, and the provision of alcohol to minors, the plaintiff would have lawfully been remanded and found in violation of his parole based on the plaintiff's possession of both alcohol and marijuana.

This Court has already recognized that "[w]here a prisoner's period of incarceration is not impacted by disciplinary proceedings, however, that inmate has no claim for malicious prosecution under section 1983. Parker v. City of New York, No. 05 Civ. 1803, 2008 WL 110904, at * 9 (S.D.N.Y. Jan. 7, 2008) (citing cases)." Dillhunt v. Theriault, 9:07-CV-0412GTS/DEP, 2009 WL 4985477 (N.D.N.Y. Dec. 15, 2009). Ruling (Doc. #92) at 14.

Here, plaintiff's incarceration was not in any way lengthened or impacted by the arrest for assault 2nd degree and providing liquor to minors, since he was at all times deprived of his liberty and in custody as a Special Parolee, by virtue of his sentence of 4 years and six months, imposed on June 11, 2002, for violation of probation and risk of injury to a minor. (Defendants' Exhibit 535, 544) (attached). Plaintiff's Special Parole sentence did not end until 1/11/2012, and this period of custody remained completely unaffected by the arrest by the State Police on October 5, 2006. Plaintiff's Parole Remand was completely lawful and is not challenged in this lawsuit. [1]

Indeed, the lawfulness of the Parole Remand and the Parole revocation hearing held on May 22, 2007 has never been invalidated in any forum. Clearly, Parole Officer Bransford had probable cause for the Remand, and acted in good faith reliance on a valid, executed arrest warrant, signed by a Superior Court Judge, and reported to him by the State Police. Probable cause clearly existed to effect plaintiff's October 5, 2006 Parole Remand.

> Probable cause arises whenever an "arresting officer has knowledge or reasonably trustworthy information sufficient to warrant a person of reasonable caution in the belief that an offense has been committed by the person to be arrested." Singer v. Fulton County Sheriff, 63 F.3d 110, 118 (2d Cir.1998) (internal quotations omitted). Moreover, probable cause can "exist even where it is based upon mistaken information, so long as the arresting officer acted reasonably and in good faith and relied on that information." Dukes v. City of New York, 879 F.Supp. 335, 340 (S.D.N.Y.1995) (quoting Bernard, 25 F.3d at 102).

Ba v. New York City Police Dept., 99CIV11984GELHBP, 2001 WL 1098019 (S.D.N.Y. Sept. 19, 2001). Under Connecticut State Regulations, the Parole Board was bound to give

[1] "[A] § 1983 cause of action for damages attributable to an unconstitutional conviction or sentence does not accrue until the conviction or sentence has been invalidated." Heck v. Humphrey, 512 U.S. 477, 489-90, 114 S. Ct. 2364, 2374, 129 L. Ed. 2d 383 (1994).

full force and effect to the state court judge's finding of probable cause. Regs. Conn. State Agencies § 54-124a, provides in relevant part, as follows:

> (e) The preliminary hearing shall be for the purpose of determining:
> (1) Whether there is probable cause to believe that the offender has committed an act in violation of the conditions of parole; provided that, the probable cause finding included in an arrest warrant issued by a judge of a court of competent jurisdiction or determined at arraignment by any such court of competent jurisdiction following a new arrest shall be conclusive evidence that there is probable cause to believe that the offender has violated a condition of parole and the issue of probable cause shall not be revisited by the Hearing Examiner or other parole officials;

Conn. Agencies Regs. § 54-124a. Thereafter, plaintiff was arrested for the possession of marijuana after the state laboratory results confirmed that the green leafy substance was, in fact, marijuana. (See Defendants' Exhibits 518, 519, 520) (attached). On March 22, 2007, plaintiff pleaded guilty and was sentenced for possession of marijuana, a per se parole violation. (See Defendants' Exhibits 503, 504, 522) (attached). Thus, the plaintiff's entire confinement period from October 5, 2006 to July 5, 2007, was lawful, pursuant to a Parole Remand, Parole Violation, and finding of a parole violation by the Parole Board. Any evidence of alleged damages is therefore entirely irrelevant, since there were no damages, in light of plaintiff's lawful confinement. (See Plaintiff's Exhibit 49, Affidavit of Michelle DeVeau (Doc. #55-3), at ¶¶ 11, 14, 15, 16, 17, 18, 19, 20, 28) (attached).

Ms. DeVeau, a Records Specialist II for the Department of Correction, aptly notes in her affidavit, ¶28, that :

> At all relevant times, plaintiff George Leniart, #250010, was lawfully confined and incarcerated pursuant to valid, enforceable and authoritative legal process which required that he be confined. The DOC cannot release an inmate held on a Remand to Actual Custody Order or a Warrant for Reimprisonment issued by the Board of Pardons and Paroles, even if such person makes bond or even if the case is nolled or dismissed. The remand and the warrant are sufficient authority to keep a parole violator in actual DOC custody. Such documents are lawful authority to hold a person in a DOC facility until the Board of Pardons and Paroles authorizes a release, and only if there is no

other lawful authority to hold a prisoner. Here, plaintiff was lawfully imprisoned at all relevant times.

In light of these irrefutable uncontested facts, plaintiff does not have any viable claim for damages related to his confinement, at any period of time relevant to this case, and the proposed exhibits, presumably related to damages, are irrelevant and inadmissible.

## II. CONCLUSION

For all the foregoing reasons, the plaintiff's proposed Exhibits 40-47 are inadmissible, and defendants' motion in limine should be granted.

DEFENDANTS
Sgt. William Bundy, et al.

GEORGE JEPSEN
ATTORNEY GENERAL

BY: ______________________

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on February 25, 2013, a copy of foregoing **Defendants' Motion In Limine Re: Damages and To Preclude Plaintiff's Proposed Exhibits 40-47** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

______________________

Steven R. Strom
Assistant Attorney General




J & G UNLIMITED
300 MASSAPEAG SIDE RD
UNCASVILLE CT 06382

Detailed Account Activity

Images Enclosed 0 / 00

July 1, 2007 through July 31, 2007

Customer Service Information
Consumer Accounts 1-800-325-2424
Business Accounts 1-800-482-2220
8 AM-8 PM Mon-Fri & 9 - 12 Sat

Check your account transactions anytime, anywhere. Go to WebsterOnline.com and enroll today.

Important Message

USE YOUR WEBSTER BANK VISA BUSINESS CHECK CARD
TO MAKE PURCHASES.
IT'S EASIER THAN WRITING A CHECK OR CARRYING CASH.

ASK A WEBSTER REPRESENTATIVE FOR DETAILS OR
CALL 1-877-366-9898

TOTALLY FREE SMALL BUSINESS CHECKING Account Number [redacted]

REDUCE PAPER CLUTTER AND GET THIS STATEMENT ONLINE!
EDELIVERY OF YOUR WEBSTER STATEMENTS IS CONVENIENT,
SAVES TIME AND REDUCES PAPER.
GO TO WEBSTERONLINE.COM TO SIGN-UP TODAY.

Summary

| | Items | |
|---|---|---|
| Beginning Balance | | 7.34 |
| Deposits/Credits | 0 | 0.00 |
| Withdrawals/Debits | 1 | 1.50 |
| Ending Balance | | 5.84 |

Daily Balance

| Date | Credits | Debits | Balance |
|---|---|---|---|
| Beginning Balance as of 07/01/07 | | | 7.34 |
| 07/16 | 0.00 | 1.50 | 5.84 |
| Ending Balance as of 07/31/07 | | | 5.84 |

| Date | Description | Items | Amount |
|---|---|---|---|

Withdrawals/Debits

Electronic Debits

J & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number [redacted]

| | | |
|---|---|---|
| 07/16 ATM SERVICE CHARGE | | 1.50 |
| Total Withdrawals/Debits | 1 | 1.50 |

PLAINTIFF'S EXHIBIT 41
PENGAD-Bayonne, N.J.

J & G UNLIMITED
300 MASSAPEAG SIDE RD
UNCASVILLE CT 06382

Detailed Account Activity

Images Enclosed 2 / 31

August 1, 2007 through August 31, 2007

Customer Service Information
Consumer Accounts 1-800-325-2424
Business Accounts 1-800-482-2220
8 AM-8 PM Mon-Fri & 9 - 12 Sat

Check your account transactions anytime, anywhere. Go to WebsterOnline.com and enroll today.

Important Message

USE YOUR WEBSTER BANK VISA BUSINESS CHECK CARD
TO MAKE PURCHASES.
IT'S EASIER THAN WRITING A CHECK OR CARRYING CASH.

ASK A WEBSTER REPRESENTATIVE FOR DETAILS OR
CALL 1-877-366-9893

TOTALLY FREE SMALL BUSINESS CHECKING Account Number [redacted]

REDUCE PAPER CLUTTER AND GET THIS STATEMENT ONLINE!
EDELIVERY OF YOUR WEBSTER STATEMENTS IS CONVENIENT,
SAVES TIME AND REDUCES PAPER.
GO TO WEBSTERONLINE.COM TO SIGN-UP TODAY.

Summary

| | Items | |
|---|---|---|
| Beginning Balance | | 5.84 |
| Deposits/Credits | 4 | 3,826.14 |
| Withdrawals/Debits | 34 | 3,475.31 |
| Ending Balance | | 356.67 |

Daily Balance

| Date | Credits | Debits | Balance |
|---|---|---|---|
| Beginning Balance as of 08/01/07 | | | 5.84 |
| 08/03 | 2,173.14 | 0.00 | 2,178.98 |
| 08/08 | 500.00 | 2,281.00 | 397.98 |
| 08/09 | 753.00 | 0.00 | 1,150.98 |
| 08/13 | 0.00 | 316.51 | 834.47 |
| 08/14 | 0.00 | 1.50 | 832.97 |
| 08/16 | 0.00 | 95.42 | 737.55 |
| 08/17 | 0.00 | 21.51 | 716.04 |
| 08/20 | 0.00 | 139.99 | 576.05 |
| 08/21 | 0.00 | 30.36 | 545.69 |
| 08/22 | 0.00 | 30.01 | 515.68 |
| 08/23 | 0.00 | 35.01 | 480.67 |
| 08/27 | 0.00 | 51.52 | 429.15 |
| 08/28 | 0.00 | 362.05 | 67.10 |
| 08/2[illegible] | 400.00 | 36.00 | [illegible] |

J & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number [redacted]

Daily Balance (continued)

| Date | Credits | Debits | Balance |
|---|---|---|---|
| 08/30 | 0.00 | 54.43 | 376.67 |
| 08/31 | 0.00 | 20.00 | 356.67 |
| Ending Balance as of 08/31/07 | | | 356.67 |

| Date | Description | | Items | Amount |
|---|---|---|---|---|
| **Deposits/Credits** | | | | |
| **Other Credits** | | | | |
| 08/03 | DEPOSIT | | | 2,173.14 |
| 08/08 | DEPOSIT | | | 500.00 |
| 08/09 | DEPOSIT | | | 753.00 |
| 08/29 | DEPOSIT | | | 400.00 |
| | Total Other Credits | | 4 | 3,826.14 |
| | Total Deposits/Credits | | 4 | 3,826.14 |
| **Withdrawals/Debits** | | | | |
| **Electronic Debits** | | | | |
| 08/08 | ATM WITHDRAWAL<br>3180 BERLIN TRPKE NEWINGTON CT | 08/08/07 | | 500.00 |
| 08/08 | ACH WITHDRAWAL<br>NCCI WRKS COMP DEP PREM 20249980 | | | 1,000.00 |
| 08/13 | ATM P-O-S- PURCHASE<br>EXXONMOBILMYSTIC OIL GROTON CT | 08/11/07 | | 15.01 |
| 08/13 | ATM SERVICE CHARGE | | | 1.50 |
| 08/14 | ATM SERVICE CHARGE | | | 1.50 |
| 08/16 | ATM P-O-S- PURCHASE<br>7 ELEVEN380 ROUTE 6 ANDOVER CT | 08/16/07 | | 20.39 |
| 08/16 | ATM P-O-S- PURCHASE<br>7 ELEVEN2178 NORWICH TURN UNCASVILLE CT | 08/15/07 | | 67.03 |
| 08/17 | ATM CHECK CARD PURCHASE<br>SHELL OIL 50683240 UNCASVILLE CT | 08/15/07 | | 20.01 |
| 08/17 | ATM SERVICE CHARGE | | | 1.50 |
| 08/20 | ATM P-O-S- PURCHASE<br>EXXONMOBILROUTE 32 UNCASVILL CT | 08/19/07 | | 20.00 |
| 08/20 | ATM P-O-S- PURCHASE<br>7 ELEVEN2178 NORWICH TURN UNCASVILLE CT | 08/20/07 | | 25.00 |
| 08/20 | ATM P-O-S- PURCHASE<br>INA PETROLEUM INC2842 HAR JOHNSTON RI | 08/18/07 | | 50.00 |
| 08/20 | ATM CHECK CARD PURCHASE | 08/18/07 | | 17.70 |

J & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number [redacted]

| Date | Description | | Items | Amount |
|---|---|---|---|---|
| | **Withdrawals/Debits (continued)** | | | |
| | **Electronic Debits (continued)** | | | |
| | CUMBERLANDFRM 9180 JOHNSTON R: | | | |
| 08/20 | ATM CHECK CARD PURCHASE | 08/19/07 | | 24.99 |
| | TEL MSG SER 800788 800-788-8861 WA | | | |
| 08/20 | ATM SERVICE CHARGE | | | 1.50 |
| 08/20 | ATM SERVICE CHARGE . | | | 1.50 |
| 08/21 | ATM P-O-S- PURCHASE | 08/21/07 | | 30.36 |
| | EXXONMOBI1251 MAIN ST VOLUNTWN CT | | | |
| 08/22 | ATM P-O-S- PURCHASE | 08/22/07 | | 30.01 |
| | EXXONMOBILROUTE 32 UNCASVIL CT | | | |
| 08/23 | ATM P-O-S- PURCHASE | 08/23/07 | | 35.01 |
| | EXXONMOBI1251 MAIN ST VOLUNTWN CT | | | |
| 08/27 | ATM CHECK CARD PURCHASE | 08/25/07 | | 50.02 |
| | PORTLAND CITGO PORTLAND CT | | | |
| 08/27 | ATM SERVICE CHARGE | | | 1.50 |
| 08/28 | ATM WITHDRAWAL | 08/28/07 | | 103.00 |
| | RTE 32 MONTVILLE CT | | | |
| 08/28 | ATM WITHDRAWAL | 08/28/07 | | 203.00 |
| | 590 W MAIN ST NORWICH CT | | | |
| 08/28 | ATM CHECK CARD PURCHASE | 08/26/07 | | 50.05 |
| | GULF 9201 ROCKY HILL CT | | | |
| 08/28 | ATM SERVICE CHARGE | | | 1.50 |
| 08/28 | ATM SERVICE CHARGE | | | 1.50 |
| 08/28 | ATM SERVICE CHARGE | | | 1.50 |
| 08/28 | ATM SERVICE CHARGE | | | 1.50 |
| 08/29 | ATM CHECK CARD PURCHASE | 08/28/07 | | 36.00 |
| | THE DAY/ADVERTISIN 860-442-2200 CT | | | |
| 08/30 | ATM P-O-S- PURCHASE | 08/30/07 | | 19.40 |
| | 7 ELEVEN2178 NORWICH TURN UNCASVILLE CT | | | |
| 08/30 | ATM CHECK CARD PURCHASE | 08/28/07 | | 15.03 |
| | SHELL OIL 57525636 SALEM CT | | | |
| 08/31 | ATM CHECK CARD PURCHASE | 08/29/07 | | 20.00 |
| | CUMBERLANDFRM 9180 QUAKER HILL CT | | | |
| | Total Electronic Debits | | 32 | 2,394.31 |

Checks Paid *indicates gap in checks

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 01008 | 08/1[illegible] | 300.00 | *01010 | 08/08 | 781.00 | | | |

Total number of checks paid 2 — Total Checks Paid 1,081.00

Total Withdrawals/Debits 34 — 3,475.31

PLAINTIFF'S EXHIBIT 42
PENGAD-Bayonne, N.J.

J & G UNLIMITED
300 MASSAPEAG SIDE RD
UNCASVILLE CT 06382

Detailed Account Activity

Images Enclosed 2 / 31

September 1, 2007 through September 30, 2007

Customer Service Information
Consumer Accounts 1-800-325-2424
Business Accounts 1-800-482-2220
8 AM-8 PM Mon-Fri & 9 - 12 Sat

Check your account transactions anytime, anywhere. Go to WebsterOnline.com and enroll today.

Important Message

USE YOUR WEBSTER BANK VISA BUSINESS CHECK CARD
TO MAKE PURCHASES.
IT'S EASIER THAN WRITING A CHECK OR CARRYING CASH.

ASK A WEBSTER REPRESENTATIVE FOR DETAILS OR
CALL 1-877-366-9898

TOTALLY FREE SMALL BUSINESS CHECKING Account Number [redacted]

REDUCE PAPER CLUTTER AND GET THIS STATEMENT ONLINE!
EDELIVERY OF YOUR WEBSTER STATEMENTS IS CONVENIENT,
SAVES TIME AND REDUCES PAPER.
GO TO WEBSTERONLINE.COM TO SIGN-UP TODAY.

Summary

| | Items | |
|---|---|---|
| Beginning Balance | | 356.67 |
| Deposits/Credits | 7 | 9,718.98 |
| Withdrawals/Debits | 46 | 6,209.87 |
| Ending Balance | | 3,865.79 |

Daily Balance

| Date | Credits | Debits | Balance |
|---|---|---|---|
| Beginning Balance as of 09/01/07 | | | 356.67 |
| 09/04 | 1,509.00 | 242.99 | 1,622.68 |
| 09/06 | 0.00 | 47.03 | 1,575.65 |
| 09/07 | 1,515.60 | 242.49 | 2,848.76 |
| 09/10 | 0.00 | 81.55 | 2,767.[illegible] |
| 09/11 | 0.00 | 51.50 | 2,715.71 |
| 09/12 | 0.00 | 798.99 | 1,916.72 |
| 09/13 | 0.00 | 60.01 | 1,856.71 |
| 09/14 | 2,755.80 | 0.00 | 4,612.51 |
| 09/17 | 3,100.00 | 2,677.93 | 4,034.58 |
| 09/19 | 28.58 | 121.09 | [illegible] |
| 09/20 | 0.00 | 31.52 | [illegible] |
| 09/21 | 910.00 | 50.00 | [illegible] |
| 09/24 | 0.00 | 651.52 | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |

J & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number 0010145436

| Date | Description | Items | Amount |
|---|---|---|---|
| | Withdrawals/Debits (continued)<br>Electronic Debits (continued) | | |
| 09/06 | ATM CHECK CARD PURCHASE<br>PRESTON FOOD MART PRESTON CT | 09/04/07 | 20.02 |
| 09/07 | ATM P-O-S- PURCHASE<br>SPRINT SPRNTNEXTELIVR200 RESTON VA | 09/07/07 | 190.99 |
| 09/07 | ATM CHECK CARD PURCHASE<br>PORTLAND CITGO PORTLAND CT | 09/06/07 | 50.00 |
| 09/07 | ATM SERVICE CHARGE | | 1.50 |
| 09/10 | ATM CHECK CARD PURCHASE<br>EXXONMOBIL 9902 MYSTIC CT | 09/07/07 | 20.02 |
| 09/10 | ATM CHECK CARD PURCHASE<br>SHELL OIL 50683240 UNCASVILLE CT | 09/07/07 | 20.03 |
| 09/10 | ATM CHECK CARD PURCHASE<br>GULF 9061 CROMWELL CT | 09/07/07 | 40.00 |
| 09/10 | ATM SERVICE CHARGE | | 1.50 |
| 09/11 | ATM CHECK CARD PURCHASE<br>CUMBERLANDFRM 9180 QUAKER HILL CT | 09/09/07 | 50.00 |
| 09/11 | ATM SERVICE CHARGE | | 1.50 |
| 09/12 | ATM CHECK CARD PURCHASE<br>YOST MANUFACTURING WATERFORD CT | 09/10/07 | 797.49 |
| 09/12 | ATM SERVICE CHARGE | | 1.50 |
| 09/13 | ATM CHECK CARD PURCHASE<br>CUMBERLANDFRM 9180 QUAKER HILL CT | 09/11/07 | 20.00 |
| 09/13 | ATM CHECK CARD PURCHASE<br>NORWICH XTRA FUELS NORWICH CT | 09/11/07 | 20.00 |
| 09/13 | ATM CHECK CARD PURCHASE<br>SHELL OIL 11681220 MYSTIC CT | 09/11/07 | 20.01 |
| 09/17 | ATM WITHDRAWAL<br>290 SALEM TURNPIKE NORWICH CT | 09/16/07 | 102.00 |
| 09/17 | ATM WITHDRAWAL<br>652 LONG HILL RD GROTON CT | 09/14/07 | 500.00 |
| 09/17 | ATM CHECK CARD PURCHASE<br>THE HOME DEPOT 621 WATERFORD CT | 09/15/07 | [illegible].92 |
| 09/17 | ATM CHECK CARD PURCHASE<br>EXXONMOBIL 9902 MYSTIC CT | 09/15/07 | 30.01 |
| 09/17 | ATM CHECK CARD PURCHASE<br>SHELL OIL 57524335 NORWICH CT | 09/14/07 | 35.00 |
| 09/17 | ATM SERVICE CHARGE | | 1.50 |
| 09/17 | ATM SERVICE CHARGE | | 1.50 |
| 09/19 | ATM CHECK CARD PURCHASE<br>SUNOCO SVC STATION WATERFORD CT | 09/17/07 | 30.00 |
| 09/19 | ATM CHECK CARD PURCHASE | 09/17/07 | [illegible].99 |

C & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number [redacted]

| Date | Description | | Items | Amount |
|---|---|---|---|---|
| | **Withdrawals/Debits (continued)** | | | |
| | Electronic Debits (continued) | | | |
| | THE HOME DEPOT 621 WATERFORD CT | | | |
| 09/20 | ATM CHECK CARD PURCHASE | 09/18/07 | | 30.02 |
| | GULF 9203 WILLIMANTIC CT | | | |
| 09/20 | ATM SERVICE CHARGE | | | 1.50 |
| 09/21 | ATM CHECK CARD PURCHASE | 09/20/07 | | 50.00 |
| | PORTLAND CITGO PORTLAND CT | | | |
| 09/24 | ATM CHECK CARD PURCHASE | 09/21/07 | | 20.02 |
| | EXXONMOBIL 1257 CROMWELL CT | | | |
| 09/24 | ATM CHECK CARD PURCHASE | 09/21/07 | | 30.00 |
| | RAVI PETRO SAMS FO ROCKY HILL CT | | | |
| 09/24 | ATM CHECK CARD PURCHASE | 09/22/07 | | 50.00 |
| | FIRST FUEL (OF WES WEST HAVEN CT | | | |
| 09/24 | ATM SERVICE CHARGE | | | 1.50 |
| 09/26 | ATM CHECK CARD PURCHASE | 09/24/07 | | 10.00 |
| | EXXONMOBIL 1257 CROMWELL CT | | | |
| 09/26 | ATM CHECK CARD PURCHASE | 09/24/07 | | 20.00 |
| | PORTLAND CITGO PORTLAND CT | | | |
| 09/28 | ATM WITHDRAWAL | 09/28/07 | | 121.75 |
| | 2212 NEW LONDON TU UNCASVILLE CT | | | |
| 09/28 | ATM SERVICE CHARGE | | | 1.50 |
| | Total Electronic Debits | | 44 | ?,659.87 |

Checks Paid *indicates gap in checks

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 01014 | 09/17 | 3,000.00 | *01016 | 09/24 | 550.00 | | | |

Total number of checks paid 2 — Total Checks Paid 3,550.00

| | Items | Amount |
|---|---|---|
| Total Withdrawals/Debits | 46 | 6,209.87 |




10

J & G UNLIMITED
300 MASSAPEAG SIDE RD
UNCASVILLE CT 06382

Detailed Account Activity

Images Enclosed 1 / 01

October 1, 2007 through October 31, 2007

Customer Service Information
Consumer Accounts 1-800-325-2424
Business Accounts 1-800-482-2220
8 AM-8 PM Mon-Fri & 9 - 12 Sat

Check your account transactions anytime, anywhere. Go to WebsterOnline.com and enroll today.

Important Message

USE YOUR WEBSTER BANK VISA BUSINESS CHECK CARD
TO MAKE PURCHASES.
IT'S EASIER THAN WRITING A CHECK OR CARRYING CASH.

ASK A WEBSTER REPRESENTATIVE FOR DETAILS OR
CALL 1-877-366-9898

TOTALLY FREE SMALL BUSINESS CHECKING Account Number [redacted]

REDUCE PAPER CLUTTER AND GET THIS STATEMENT ONLINE!
EDELIVERY OF YOUR WEBSTER STATEMENTS IS CONVENIENT,
SAVES TIME AND REDUCES PAPER.
GO TO WEBSTERONLINE.COM TO SIGN-UP TODAY.

Summary

| | Items | |
|---|---|---|
| Beginning Balance | | 3,865.78 |
| Deposits/Credits | 1 | 546.00 |
| Withdrawals/Debits | 21 | 2,514.91 |
| Ending Balance | | 1,896.87 |

Daily Balance

| Date | Credits | Debits | Balance |
|---|---|---|---|
| Beginning Balance as of 10/01/07 | | | 3,865.78 |
| 10/01 | 0.00 | 249.75 | 3,616.03 |
| 10/02 | 0.00 | 15.21 | 3,600.82 |
| 10/04 | 0.00 | 83.25 | 3,517.57 |
| 10/05 | 546.00 | 123.25 | 3,940.32 |
| 10/09 | 0.00 | 118.25 | 3,822.07 |
| 10/10 | 0.00 | 103.50 | 3,718.57 |
| 10/11 | 0.00 | 1,500.00 | 2,218.57 |
| 10/15 | 0.00 | 303.25 | 1,915.32 |
| 10/16 | 0.00 | 1.50 | 1,913.82 |
| 10/17 | 0.00 | 16.95 | 1,896.87 |
| Ending Balance as of 10/31/07 | | | 1,896.87 |

J & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number 0010145436

| Date | Description | | Items | Amount |
|---|---|---|---|---|
| **Deposits/Credits** | | | | |
| Other Credits | | | | |
| 10/05 | DEPOSIT | | | 546.00 |
| | Total Deposits/Credits | | 1 | 546.00 |
| **Withdrawals/Debits** | | | | |
| Electronic Debits | | | | |
| 10/01 | ATM WITHDRAWAL<br>2212 NEW LONDON TU UNCASVILLE CT | 10/01/07 | | 41.75 |
| 10/01 | ATM WITHDRAWAL<br>2212 NEW LONDON TO UNCASVILLE CT | 09/29/07 | | 101.75 |
| 10/01 | ATM WITHDRAWAL<br>352 ROUTE 2 PRESTON CT | 09/30/07 | | 101.75 |
| 10/01 | ATM SERVICE CHARGE | | | 1.50 |
| 10/01 | ATM SERVICE CHARGE | | | 1.50 |
| 10/01 | ATM SERVICE CHARGE | | | 1.50 |
| 10/02 | ATM CHECK CARD PURCHASE<br>7-ELEVEN 32641 UNCASVILLE CT | 10/01/07 | | 15.21 |
| 10/04 | ATM WITHDRAWAL<br>2212 NEW LONDON TU UNCASVILLE CT | 10/04/07 | | 81.75 |
| 10/04 | ATM SERVICE CHARGE | | | 1.50 |
| 10/05 | ATM WITHDRAWAL<br>2212 NEW LONDON TU UNCASVILLE CT | 10/05/07 | | 121.75 |
| 10/05 | ATM SERVICE CHARGE | | | 1.50 |
| 10/09 | ATM WITHDRAWAL<br>2212 NEW LONDON TU UNCASVILLE CT | 10/07/07 | | 101.75 |
| 10/09 | ATM P-O-S- PURCHASE<br>7 ELEVEN2178 NORWICH TURN UNCASVILLE CT | 10/06/07 | | 15.00 |
| 10/09 | ATM SERVICE CHARGE | | | 1.50 |
| 10/10 | ATM WITHDRAWAL<br>290 SALEM TURNPIKE NORWICH CT | 10/10/07 | | 102.00 |
| 10/10 | ATM SERVICE CHARGE | | | 1.50 |
| 10/15 | ATM WITHDRAWAL<br>2212 NEW LONDON TU UNCASVILLE CT | 10/15/07 | | 101.75 |
| 10/15 | ATM SERVICE CHARGE | | | 1.50 |
| 10/16 | ATM SERVICE CHARGE | | | 1.50 |
| 10/17 | ATM P-O-S- PURCHASE<br>WAL MART 2170220 SALEM T NORWICH CT | 10/17/07 | | 16.95 |
| | Total Electronic Debits | | 20 | 1,014.91 |

J & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number [redacted]

Withdrawals/Debits (continued)

Checks Paid

*indicates gap in checks

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 01017 | 10/1[illegible] | 1,50[illegible].[illegible]0 | | | | | | |

| | | | |
|---|---|---|---|
| Total number of checks paid | 1 | Total Checks Paid | 1,500.00 |
| Total Withdrawals/Debits | | 21 | 2,514.91 |

PENGAD-Bayonne, N. J.
PLAINTIFF'S EXHIBIT
44

J & G UNLIMITED
300 MASSAPEAG SIDE RD
UNCASVILLE CT 06382

Detailed Account Activity

Images Enclosed 2 / 31

November 1, 2007 through November 30, 2007

Customer Service Information
Consumer Accounts 1-800-325-2424
Business Accounts 1-800-482-2220
8 AM-8 PM Mon-Fri & 9 - 12 Sat

Check your account transactions anytime, anywhere. Go to WebsterOnline.com and enroll today.

Important Message

USE YOUR WEBSTER BANK VISA BUSINESS CHECK CARD
TO MAKE PURCHASES.
IT'S EASIER THAN WRITING A CHECK OR CARRYING CASH.

ASK A WEBSTER REPRESENTATIVE FOR DETAILS OR
CALL 1-877-366-9893

TOTALLY FREE SMALL BUSINESS CHECKING Account Number [redacted]

REDUCE PAPER CLUTTER AND GET THIS STATEMENT ONLINE!
EDELIVERY OF YOUR WEBSTER STATEMENTS IS CONVENIENT,
SAVES TIME AND REDUCES PAPER.
GO TO WEBSTERONLINE.COM TO SIGN-UP TODAY.

Summary

| | Items | |
|---|---|---|
| Beginning Balance | | 1,896.87 |
| Deposits/Credits | 0 | 0.00 |
| Withdrawals/Debits | 23 | 1,148.69 |
| Ending Balance | | 748.18 |

Daily Balance

| Date | Credits | Debits | Balance |
|---|---|---|---|
| Beginning Balance as of 11/01/07 | | | 1,896.87 |
| 11/02 | 0.00 | 203.50 | 1,693.37 |
| 11/13 | 0.00 | 35.18 | 1,658.19 |
| 11/19 | 0.00 | 203.50 | 1,454.69 |
| 11/20 | 0.00 | 206.50 | 1,248.19 |
| 11/21 | 0.00 | 103.25 | 1,144.94 |
| 11/23 | 0.00 | 126.75 | 1,018.19 |
| 11/26 | 0.00 | 206.75 | 811.44 |
| 11/27 | 0.00 | 43.25 | 768.19 |
| 11/29 | 0.00 | 20.01 | 748.18 |
| Ending Balance as of 11/30/07 | | | 748.18 |

J & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number [redacted]

| Date | Description | | Items | Amount |
|---|---|---|---|---|
| **Withdrawals/Debits** | | | | |
| **Electronic Debits** | | | | |
| 11/02 | ATM WITHDRAWAL NORWICH N L TK UNCASVILLE CT | 11/02/07 | | 202.00 |
| 11/02 | ATM SERVICE CHARGE | | | 1.50 |
| 11/19 | ATM WITHDRAWAL NORWICH N L TK UNCASVILLE CT | 11/18/07 | | 202.00 |
| 11/19 | ATM SERVICE CHARGE | | | 1.50 |
| 11/20 | ATM WITHDRAWAL 2212 NEW LONDON TU UNCASVILLE CT | 11/20/07 | | 101.75 |
| 11/20 | ATM WITHDRAWAL 2212 NEW LONDON TU UNCASVILLE CT | 11/20/07 | | 101.75 |
| 11/20 | ATM SERVICE CHARGE | | | 1.50 |
| 11/20 | ATM SERVICE CHARGE | | | 1.50 |
| 11/21 | ATM WITHDRAWAL 2212 NEW LONDON TU UNCASVILLE CT | 11/21/07 | | 101.75 |
| 11/21 | ATM SERVICE CHARGE | | | 1.50 |
| 11/23 | ATM WITHDRAWAL 2212 NEW LONDON TU UNCASVILLE CT | 11/23/07 | | 21.75 |
| 11/23 | ATM WITHDRAWAL NORWICH N L TK UNCASVILLE CT | 11/23/07 | | 102.00 |
| 11/23 | ATM SERVICE CHARGE | | | 1.50 |
| 11/23 | ATM SERVICE CHARGE | | | 1.50 |
| 11/26 | ATM WITHDRAWAL 2212 NEW LONDON TU UNCASVILLE CT | 11/26/07 | | 21.75 |
| 11/26 | ATM WITHDRAWAL 290 SALEM TURNPIKE NORWICH CT | 11/24/07 | | 22.00 |
| 11/26 | ATM SERVICE CHARGE | | | 1.50 |
| 11/26 | ATM SERVICE CHARGE | | | 1.50 |
| 11/27 | ATM WITHDRAWAL 2212 NEW LONDON TU UNCASVILLE CT | 11/27/07 | | 41.75 |
| 11/27 | ATM SERVICE CHARGE | | | 1.50 |
| 11/29 | ATM CHECK CARD PURCHASE CUMBERLANDFRM 9202 NORWICH CT | 11/27/07 | | 20.01 |
| | Total Electronic Debits | | 21 | 953.51 |

Checks Paid *indicates gap in checks

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 01018 | 11/13 | 35.38 | *01020 | 11/26 | 160.00 | | | |

Total number of checks paid 2 — Total Checks Paid 195.38

Total Withdrawals/Debits 23 1,148.89

PLAINTIFF'S EXHIBIT 45

15

C & G UNLIMITED
300 MASSAPEAG SIDE RD
UNCASVILLE CT 06382

Detailed Account Activity

Images Enclosed 1 / 01

December 1, 2007 through December 31, 2007

Customer Service Information
Consumer Accounts 1-800-325-2424
Business Accounts 1-800-482-2220
8 AM-8 PM Mon-Fri & 9 - 12 Sat

Check your account transactions anytime, anywhere. Go to WebsterOnline.com and enroll today.

Important Message

USE YOUR WEBSTER BANK VISA BUSINESS CHECK CARD
TO MAKE PURCHASES.
IT'S EASIER THAN WRITING A CHECK OR CARRYING CASH.

ASK A WEBSTER REPRESENTATIVE FOR DETAILS OR
CALL 1-877-366-9898

TOTALLY FREE SMALL BUSINESS CHECKING Account Number [redacted]

REDUCE PAPER CLUTTER AND GET THIS STATEMENT ONLINE!
EDELIVERY OF YOUR WEBSTER STATEMENTS IS CONVENIENT,
SAVES TIME AND REDUCES PAPER.
GO TO WEBSTERONLINE.COM TO SIGN-UP TODAY.

Summary

| | Items | |
|---|---|---|
| Beginning Balance | | 748.18 |
| Deposits/Credits | 1 | 40.00 |
| Withdrawals/Debits | 16 | 999.75 |
| Ending Balance | | 211.57- |

Daily Balance

| Date | Credits | Debits | Balance |
|---|---|---|---|
| Beginning Balance as of 12/01/07 | | | 748.18 |
| 12/10 | 0.00 | 303.50 | 444.68 |
| 12/12 | 0.00 | 103.50 | 341.18 |
| 12/14 | 0.00 | 83.25 | 257.93 |
| 12/17 | 0.00 | 456.50 | 198.57- |
| 12/18 | 0.00 | 33.00 | 231.57- |
| 12/24 | 0.00 | 5.00 | 236.57- |
| 12/26 | 0.00 | 5.00 | 241.57- |
| 12/27 | 0.00 | 5.00 | 246.57- |
| 12/28 | 40.00 | 0.00 | 206.57- |
| 12/31 | 0.00 | 5.00 | 211.57- |
| Ending Balance as of 12/31/07 | | | 211.57- |

16

J & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number [redacted]

| Date | Description | | Items | Amount |
|---|---|---|---|---|
| **Deposits/Credits** | | | | |
| Other Credits | | | | |
| 12/28 | DEPOSIT | | | 40.00 |
| | Total Deposits/Credits | | 1 | 40.00 |
| **Withdrawals/Debits** | | | | |
| Electronic Debits | | | | |
| 12/10 | ATM WITHDRAWAL NORWICH N L TK UNCASVILLE CT | 12/10/07 | | 302.00 |
| 12/10 | FEE-NON-WEBSTER ATM | | | 1.50 |
| 12/12 | ATM WITHDRAWAL NORWICH N L TK UNCASVILLE CT | 12/12/07 | | 102.00 |
| 12/12 | FEE-NON-WEBSTER ATM | | | 1.50 |
| 12/14 | ATM WITHDRAWAL 2212 NEW LONDON TU UNCASVILLE CT | 12/14/07 | | 81.75 |
| 12/14 | FEE-NON-WEBSTER ATM | | | 1.50 |
| 12/17 | ATM WITHDRAWAL 666 WEST MAIN STREET NORWICH CT | 12/15/07 | | 101.50 |
| 12/17 | ATM WITHDRAWAL NORWICH N L TK UNCASVILLE CT | 12/17/07 | | 152.00 |
| 12/17 | FEE-NON-WEBSTER ATM | | | 1.50 |
| 12/17 | FEE-NON-WEBSTER ATM | | | 1.50 |
| | Total Electronic Debits | | 10 | 746.75 |
| Other Debits | | | | |
| 12/18 | FEE-INSUFF AVAIL FUNDS PAID CK 0000001021 | | | 33.00 |
| 12/21 | EXTENDED OVERDRAFT FEE | | | 5.00 |
| 12/26 | EXTENDED OVERDRAFT FEE | | | 5.00 |
| 12/27 | EXTENDED OVERDRAFT FEE | | | 5.00 |
| 12/31 | EXTENDED OVERDRAFT FEE | | | 5.00 |
| | Total Other Debits | | 5 | 53.00 |

Checks Paid *indicates gap in checks

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 01021 | 12/1[illegible] | 200.00 | | | | | | |

| | | | |
|---|---|---|---|
| Total number of checks paid | 1 | Total Checks Paid | 200.00 |
| Total Withdrawals/Debits | 16 | | 999.75 |




17

J & G UNLIMITED
300 MASSAPEAG SIDE RD
UNCASVILLE CT 06382

Detailed Account Activity

Images Enclosed 0 / 00

January 1, 2008 through January 31, 2008

Customer Service Information
Consumer Accounts 1-800-325-2424
Business Accounts 1-800-482-2220
8 AM-8 PM Mon-Fri & 9 - 12 Sat

Check your account transactions anytime, anywhere. Go to WebsterOnline.com and enroll today.

Important Message

USE YOUR WEBSTER BANK VISA BUSINESS CHECK CARD
TO MAKE PURCHASES.
IT'S EASIER THAN WRITING A CHECK OR CARRYING CASH.

ASK A WEBSTER REPRESENTATIVE FOR DETAILS OR
CALL 1-877-366-9898

TOTALLY FREE SMALL BUSINESS CHECKING Account Number [redacted]

GO PAPERLESS WITH WEBSTER'S STATEMENT EDELIVERY AND SAVE A TREE!

SIGN UP TODAY AT WEBSTERONLINE.COM OR CALL 1-800-325-2424

Summary

| | Items | |
|---|---|---|
| Beginning Balance | | 211.57- |
| Deposits/Credits | 1 | 251.57 |
| Withdrawals/Debits | 8 | 40.00 |
| Ending Balance | | 0.00 |

Daily Balance

| Date | Credits | Debits | Balance |
|---|---|---|---|
| Beginning Balance as of 01/01/08 | | | 211.57- |
| 01/02 | 0.00 | 5.00 | 216.57- |
| 01/03 | 0.00 | 5.00 | 221.57- |
| 01/04 | 0.00 | 5.00 | 226.57- |
| 01/07 | 0.00 | 5.00 | 231.57- |
| 01/08 | 0.00 | 5.00 | 236.57- |
| 01/09 | 0.00 | 5.00 | 241.57- |
| 01/10 | 0.00 | 5.00 | 246.57- |
| 01/11 | 0.00 | 5.00 | 251.57- |
| 01/31 | 251.57 | 0.00 | 0.00 |
| Ending Balance as of 01/31/08 | | | 0.00 |

J & G UNLIMITED

TOTALLY FREE SMALL BUSINESS CHECKING (cont) Account Number [redacted]

| Date | Description | Items | Amount |
|---|---|---|---|
| | **Deposits/Credits** | | |
| | Other Credits | | |
| 01/31 | CHARGE-OFF CREDIT | | 251.57 |
| | Total Deposits/Credits | 1 | 251.57 |
| | **Withdrawals/Debits** | | |
| | Other Debits | | |
| 01/02 | EXTENDED OVERDRAFT FEE | | 5.00 |
| 01/03 | EXTENDED OVERDRAFT FEE | | 5.00 |
| 01/04 | EXTENDED OVERDRAFT FEE | | 5.00 |
| 01/07 | EXTENDED OVERDRAFT FEE | | 5.00 |
| 01/08 | EXTENDED OVERDRAFT FEE | | 5.00 |
| 01/09 | EXTENDED OVERDRAFT FEE | | 5.00 |
| 01/10 | EXTENDED OVERDRAFT FEE | | 5.00 |
| 01/11 | EXTENDED OVERDRAFT FEE | | 5.00 |
| | Total Other Debits | 8 | 40.00 |
| | Total Withdrawals/Debits | 8 | 40.00 |

[illegible] Date: [illegible] 2009

TRANSACTION INQUIRY REPORT
Payables Management

Page: 1
User ID: dcaffrey

Vendor ID: 10180 J&G Unlimited

Ranges: From: To:
Document Number First Last
Document Date 9/3/2007 12/31/2007
Type First Last

Sorted By: Document Date/Type

Include: Work, History

[illegible]

| Origin | Document Number | Type | Doc Date | Original Amount | Unapplied Amount |
|---|---|---|---|---|---|
| Voucher/Payment Number | | Due Date | Disc Date | Transaction Description | Currency ID |
| History 007130 | 401-270-0326 | INV 8/21/2007 | 8/21/2007 | SAMS $144.00 | $0.00 |
| History 007129 | 401-302-2315 | INV 8/21/2007 | 8/21/2007 | VAVASSE $213.00 | $0.00 |
| History 002943 | 12546 | PMT | 8/23/2007 | $357.00 | $0.00 |
| History 007242 | 860-965-9335 | INV 8/25/2007 | 8/25/2007 | FARRELL $180.00 | $0.00 |
| History [illegible] | 203-375-3226 | INV 8/31/2007 | 8/31/2007 | HIGGS $435.60 | $0.00 |
| History [illegible] | 203-375-3226 | CRM | 8/31/2007 | HIGGS $12.00 | $0.00 |
| History [illegible] | 860-886-0032 | INV 9/4/2007 | 9/4/2007 | FRANER $237.80 | $0.00 |
| History [illegible] | 860-349-8735 | INV 9/6/2007 | 9/6/2007 | LOWRY $105.00 | $0.00 |
| History [illegible] | 203 373-0370 | INV 9/6/2007 | 9/6/2007 | OLLARD $1,263.75 | $0.00 |
| [illegible] | 12697 | PMT | 9/6/2007 | $515.60 | $0.00 |
| [illegible] | 203-878-8340 | INV 9/7/2007 | 9/7/2007 | WILSON $55.50 | $0.00 |
| [illegible] | 860-649-8001 | INV 9/7/2007 | 9/7/2007 | DIONNE $258.25 | $0.00 |
| [illegible] | 203-734-2078 | INV 9/10/2007 | 9/10/2007 | JACQUOT $847.50 | $0.00 |
| [illegible] | 860-447-1420 | INV 9/11/2007 | 9/11/2007 | WHITE $684.00 | $0.00 |
| [illegible] | [illegible] | PMT | 9/13/2007 | $2,755.80 | $0.00 |
| [illegible] | [illegible] 1551 | INV 9/17/2007 | 9/17/2007 | [illegible] $126.00 | $0.00 |

PLAINTIFF'S EXHIBIT 47
PENGAD-Bayonne, N.J.

[illegible]: [illegible]/2009 11:56:55 AM
[illegible] Date: 3/20/2009

ClearWater
TRANSACTION INQUIRY REPORT
Payables Management

Page: 2
User ID: dcaffrey

[illegible] ID: 10160 J&G Unlimited

[illegible]

| [illegible] | Document Number | Type | Doc Date | | Original Amount | | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| | Voucher/Payment Number | Due Date | Disc Date | Transaction Description | | Currency ID | |
| History 003055 | 12654 | PMT | 9/20/2007 | | $810.00 | | $0.0 |
| History 007505 | 203-937-1766 | INV 9/22/2007 | 9/22/2007 | DEMAGE | $191.10 | | $0.0 |
| History 007490 | 203 248-4898 | INV 9/24/2007 | 9/24/2007 | KOWALSKI | $153.00 | | $0.0 |
| History 007504 | 860-663-0925 | INV 9/24/2007 | 9/24/2007 | PITTS | $202.50 | | $0.0 |
| History 007499 | 203-596-3565 | INV 9/27/2007 | 9/27/2007 | PIERCE | $399.85 | | $0.00 |
| History 003094 | 12693 | PMT | 9/27/2007 | | $545.45 | | $0.00 |

Total Documents: 22

M. JODI RELL
Governor

Gregory R. Everett
Chairman

# STATE OF CONNECTICUT




TELEPHONE
(203) 805-6605

FAX
(203) 805-6655

BOARD OF PARDONS & PAROLES
55 West Main Street - Waterbury, CT 06702

5-22-2007

Leniart, George
250010
Corrigan CI
986 Norwich-New London Tpke.
Uncasville, CT 06382

This is a summary of the action of the Board of Parole Special Parole Revocation Hearing on 5-22-2007 at Radgowski CI.

CHARGE: #1 Condition #11: OBEY ALL LAWS(1) Subject arrested for Assault 2nd, BOP, and Illegal Sale of Liquor to Minors.(2) Aso, arrest warrant for Poss. Of Marijuana pursued. Case sentenced and disposed of on 3-22-2007. See Violation Report (10/16/2006).
PLEA: DENY
FINDING: No Finding on (1). An automatic finding is made on (2).
BASIS: (1)Case dismissed in court on all counts on 1-26-2007. (2) Case sentenced to 1 year Conditional Discharge.

CHARGE: #2 Condition #13:STATUTORY RELEASE CRITERIA: Incompatible with welfare of society. See Violation Report dated( 10/16/2006).
PLEA: DENY
FINDING: A finding of violation is made on this charge.
BASIS: Evidence provided within Parole Violation Report is more credible than your testimony.

CHARGE: #3 Condition #14:NO ALCOHOL. Subject was in presence of alcohol, being served to minors. Alcohol was on subject's property.
PLEA: DENY
FINDING: A finding of violation is made on this charge.
BASIS: The evidence provided was more credible than your testimony.



ADDITIONAL INFORMATION: Case was not prosecuted in court, statement from daughter stating that incident did not occur as reported. Subject denies any arguments, both verbal and physical, that he may have had with daughter. Subject admits that his employee did have alcohol on his premises, and that the employee did serve alcohol to a minor. Subject states that marijuana belonged to the daughter. Subject also states that he needs to be back home to run business and household. States that he earned $50,000 in 4 month period while on parole supervision. States that he is motivated to do any Family Counseling.

HEARING EXAMINER RECOMMENDATION: Recommend Revoke Special Parole / Re Parole 7/5/2007.

FINAL BOARD ACTION: Revoke/ Re Parole 7/5/2007. Board requires GPS, Family Counseling, Same Conditions apply. No Contact w/ Brandi Leniart w/o P.O.'s permission.

Karen Tomaszewski/Hearing Examiner
cc: Records Supervisor, Corrigan CI.

# Re_and to Actual Custody C_der

Connecticut Department of Correction

CN 11301
REV 7/1/06

| | |
|---|---|
| Offender name: George Lenart | Offender number: #150010 |
| Residential facility: Corrigan Correctional Institution | Date of issuance: 10.6.06 |
| Criminal charges: Breach of Peace, Assault III | Technical violations: |

CHECK APPROPRIATE SECTION

☐ Transitional Supervision ☐ Transitional Placement ☐ Community Release

Pursuant to section 18-100 of the Connecticut General Statutes, the above-named inmate is hereby remanded to actual custody at the facility listed above.

Section 18-100(d) states... "The Commissioner of Correction shall establish such regulations as he deems necessary for the administration of this section and... for the conduct of persons granted the privileges of this section; and he may suspend the privileges of any persons who violate such regulations or whose conduct he believes is unsuitable for the continuation of such privileges."

☐ Discretionary Parole ☒ Special Parole ☐ Transfer Parole

Pursuant to section 54-127 of the Connecticut General Statutes, the above-named parolee is hereby remanded to actual custody at the facility listed above.

Section 54-127 States...Rearrest. The request of the Commissioner of Correction or any officer of the Department of Correction so designated by the commissioner, or of the Board of Pardons and Paroles or its chairman shall be sufficient warrant to authorize any officer of the Department of Correction or any officer authorized by law to serve criminal process within this state, to return any convict or inmate on parole into actual custody; and any such officer, police officer, constable or state marshal shall arrest and hold any parolee or inmate when so requested, without any written warrant.

| Signed for the Commissioner by: | | Signed for by the Unit Administrator by: | |
|---|---|---|---|
| [signature] PO | 10.5.06 | [signature] | 10/5/06 |
| Parole Officer signature | Date | Facility staff signature | Date |
| [signature] | 10.5.06 | A/P/O | |
| Parole Supervisor signature | Date | Title | |

* If lodged at a Police Department, this order shall automatically expire 30 days from the Date of Issuance.

Facility Alerts:

☐ Suicidal ☐ Medical Condition ☐ Separation Issue

☐ Other (specify):

Comments:

Mental Health:

PLAINTIFF'S EXHIBIT 19



# State of Connecticut - Board of Pardons and Paroles

## Parole Violation Report - Notice of Parole Violation

Parolee Name: Lenlart, George · Numbers CT 25001001

A PAROLE VIOLATION DETAINER HAS BEEN FILED AGAINST YOU. FULL REPORT OF THESE VIOLATIONS HAS BEEN FORWARDED TO THE BOARD FOR REVOCATION ACTION. YOU ARE CHARGED WITH VIOLATING THE CONDITIONS OF YOUR PAROLE AS NOTED BELOW.

CHARGES:

### Standard Conditions

| | Condition # Violated | Violation Details |
|---|---|---|
| Charge # 1 | Condition #11 | On, or about 10/03/06, you were under the influence of alcohol and were involved in a domestic incident with your daughter. During the domestic incident, you physically assaulted your daughter by throwing a full can of beer that struck her, causing injury to the upper rear area of her head. You also provided liquor (Black Berry Brandy) to a minor. Subsequently, on 10/05/06, the Connecticut State Police Troop E (Docket # CR0699331) arrested you for the following charges: Assault II (53a-60b); Breach of Peace (53a-181); and Delivery of liquor to a Minor (30-86). Therefore, you are in violation of Condition #11, due to your failure to obey all laws, as documented above. |
| Charge # 2 | Condition #13 | On, or about 10/03/06, you engaged in criminal behavior, while under special parole supervision, which led to your new arrest(s), as documented in the above charges. You verbally threated your daughter by stating to her that she did not know who she was messing with. You locked your daughter in her room and threw her on the bed when she attempted to leave. You threw your daughters cell phone on the ground causing it to smash. You also threatened your daughters cousin by stating "If you have a problem with me say it now and I'll fuck you up", and you physically pulled off his sweatshirt. Your conduct clearly demonstrates that you are not able to live and remain at liberty without violating the law and that your release is incompatible with the welfare of society. Therefore, you are also in violation of Condition #13, due to your violations of the law, and victimization of innocent people, as documented above. |

### Additional Conditions

| | Condition# Violated | Violation Details |
|---|---|---|
| Charge # 3 | Condition #14 | On, or about 10/03/06, you had alcoholic beverages (Bud Light, Black Berry Brandy and Jagermister) in a cooler on your boat while fishing. You also consumed alcoholic beverages while fishing on your boat and you usually consumed alcoholic beverages as soon as you got home from work. You gave liquor (Black Berry Brandy) to a minor, your action resulted in you being charged with Connecticut General Statue (30-86), Delivery of liquor to a minor. Therefore, you are in violation of Condition #14a, due to your consumption of alcoholic beverages. |

DOCUMENT SCANNED
DATE: 12/27/06
SIGNATURE: [signature]

WITNESS AND EVIDENCE RELIED UPON:

EVIDENCE:
Exhibit A: Parole Violation Report.

Parolee: [signature] Date: 10/11/06

Parole Officer: [signature] PO Date: 10/11/06

DEFENDANT'S EXHIBIT 502 3:09CV09 (HBF)

Exhibit B: Notice of Parole Violation.
Exhibit C: Parole Conditions signed dated 01/11/06.
Exhibit D: Remand to Actual Custody Order dated 10/05/06.
Exhibit E: State of Connecticut Arrest Warrant Application.

A FINAL REVOCATION IN YOUR CASE HAS BEEN SCHEDULED FOR: Date 11/17/2006 Location Enfield CI

Parolee: [signature] Date: 10/11/06

Parole Officer: Garry Bromsford PO Date: 10/11/06

## Rights at Preliminary Hearing

A Preliminary Hearing may determine if there is probable cause to believe you have violated one or more conditions of your parole. Conviction for new criminal offenses precludes your right to a preliminary hearing. Waiver of a Preliminary Hearing or the finding of probable cause shall be the basis for a final revocation hearing.

RIGHTS:

1. YOU HAVE THE RIGHT TO ADEQUATE NOTICE OF THIS HEARING AND THE CHARGES AGAINST YOU.
2. YOU MAY TESTIFY ON YOUR OWN BEHALF OR YOU MAY CHOOSE TO REMAIN SILENT AT THIS HEARING. IF YOU CHOOSE TO REMAIN SILENT, A DECISION WILL BE MADE ON THE BASIS OF THE AVAILABLE INFORMATION.
3. YOU MAY PRESENT DOCUMENTARY EVIDENCE (FOR EXAMPLE, LETTERS OR OTHER WRITTEN DOCUMENTS). YOU MAY ALSO REVIEW THE DOCUMENTS PRESENTED AS EVIDENCE SUPPORTING THE CHARGES AGAINST YOU (THESE INCLUDE THE NOTICE OF PAROLE VIOLATION, PAROLE VIOLATION REPORT, SIGNED CONDITIONS OF PAROLE, REMAND TO CUSTODY ORDER OR ANY OTHER INFORMATION SUPPORTING THE CHARGES AGAINST YOU.
4. YOU MAY ASK INDIVIDUALS WHO HAVE RELEVANT KNOWLEDGE REGARDING THE ALLEGED VIOLATIONS TO APPEAR AND TESTIFY ON YOUR BEHALF.
5. YOU MAY ASK TO HAVE INDIVIDUALS WHO HAVE GIVEN INFORMATION AGAINST YOU TO APPEAR AT THIS HEARING FOR CROSS-EXAMINATION UNLESS GOOD CAUSE FOR THEIR NON-APPEARANCE IS FOUND.
6. YOU MAY HAVE THE ASSISTANCE OF AN ATTORNEY TO REPRESENT YOU AT THIS HEARING. IF YOU WISH TO RETAIN AN ATTORNEY, YOU MAY REQUEST A POSTPONEMENT OF THIS HEARING FOR THIS PURPOSE. IF YOU CANNOT AFFORD AN ATTORNEY, THERE ARE LIMITED CIRCUMSTANCES IN WHICH THE PAROLE BOARD MAY SECURE AN ATTORNEY TO REPRESENT YOU. IF YOU REQUEST AN ATTORNEY REPRESENTATION FROM THE BOARD, YOUR REQUEST WILL BE EVALUATED TO DETERMINE IF YOU QUALIFY FOR APPOINTMENT OF COUNSEL. THIS MAY RESULT IN A POSTPONMENT OF THIS HEARING.

PLEASE CHECK THE APPROPRIATE BOX:

A. __[initials]__ I waive my right to a Preliminary Hearing.
B. ________ I request a Preliminary Hearing

________ I will represent myself.
________ I will be retaining my own attorney (indicate name if known)

Attorney Name:

________ I request that the Board provide me when attorney representation for my hearing.

I will present the following witnesses to speak on my behalf:

________________________________________

________________________________________

I wish to have the following persons who gave evidence against me present for cross-examination:

________________________________________

________________________________________

Parolee: [signature] Date: 10/11/06

Parole Officer: [signature] PO Date: 10.11.06

## Rights at Final Revocation Hearing

A final Revocation Hearing is conducted by a panel of the Board of Parole to determine, by a preponderance of evidence, whether you have violated one or more conditions of your parole. In addition to the Board voting whether or not to revoke your parole, it also has the statutory authority to order the forfeiture of any and all awarded good time in matters of final revocation.

RIGHTS:

1. YOU HAVE THE RIGHT TO ADEQUATE NOTICE OF THIS HEARING AND THE CHARGES AGAINST YOU.
2. YOU MAY TESTIFY ON YOUR OWN BEHALF OR YOU MAY CHOOSE TO REMAIN SILENT AT THIS HEARING. IF YOU CHOOSE TO REMAIN SILENT, A DECISION WILL BE MADE ON THE BASIS OF THE AVAILABLE INFORMATION.
3. YOU MAY PRESENT DOCUMENTARY EVIDENCE (FOR EXAMPLE, LETTERS OR OTHER WRITTEN DOCUMENTS). YOU MAY ALSO REVIEW THE DOCUMENTS PRESENTED AS EVIDENCE SUPPORTING THE CHARGES AGAINST YOU (THESE INCLUDE THE NOTICE OF PAROLE VIOLATION, PAROLE VIOLATION REPORT, SIGNED CONDITIONS OF PAROLE, REMAND TO CUSTODY ORDER OR ANY OTHER INFORMATION SUPPORTING THE CHARGES AGAINST YOU.
4. YOU MAY ASK INDIVIDUALS WHO HAVE RELEVANT KNOWLEDGE REGARDING THE ALLEGED VIOLATIONS TO APPEAR AND TESTIFY ON YOUR BEHALF.
5. YOU MAY ASK TO HAVE INDIVIDUALS WHO HAVE GIVEN INFORMATION AGAINST YOU TO APPEAR AT THIS HEARING FOR CROSS-EXAMINATION UNLESS GOOD CAUSE FOR THEIR NON-APPEARANCE IS FOUND.
6. YOU MAY HAVE THE ASSISTANCE OF AN ATTORNEY TO REPRESENT YOU AT THIS HEARING. IF YOU WISH TO RETAIN AN ATTORNEY, YOU MAY REQUEST POSTPONEMENT OF THIS HEARING FOR THIS PURPOSE. IF YOU CANNOT AFFORD AN ATTORNEY, THERE ARE LIMITED CIRCUMSTANCES IN WHICH THE PAROLE BOARD MAY SECURE AN ATTORNEY TO REPRESENT YOU. IF YOU REQUEST AN ATTORNEY REPRESENTATION FROM THE BOARD, YOUR REQUEST WILL BE EVALUATED TO DETERMINE IF YOU QUALIFY FOR APPOINTMENT OF COUNSEL. THIS MAY RESULT IN A POSTPONMENT OF THIS HEARING.

PLEASE CHECK THE APPROPRIATE BOX (note: If you check the box to continue your hearing pending disposition of criminal charges, once notified that the charges are disposed, you wil be scheduled to appear at a hearing. If you do not want to appear at that hearing, please indicate below).

A. ______ I WAIVE MY RIGHT TO APPEAR BEFORE A PANEL OF THE BOARD OF PAROLE FOR A REVOCATION HEARING. I fully realize that the Board of Parole may revoke my parole in my absence and recommit me to a correctional facility and, at its discretion, determine forfeiture of any or all applicable good time.

B. ______ I REQUEST THAT MY REVOCATION HEARING BE CONTINUED PENDING THE DISPOSITION OF CRIMINAL CHARGES. I will notify the Board as soon as charges are disposed of.

C. ______ I REQUEST THAT MY REVOCATION HEARING BE CONTINUED PENDING MY OBTAINING AN ATTORNEY FOR REPRESENTATION AT THIS HEARING. Either myself or my attorney will notify the Board as soon as possible to reschedule my Revocation Hearing.

D. *[initials]* I WISH TO APPEAR AT MY REVOCATION HEARING

______ I will represent myself.

*[initials]* I will be retaining my own attorney (indicate name if known)

Attorney Name: ______

______ I request that the Board provide me when attorney representation for my hearing.

I wish to present the following witnesses to speak on my behalf:

______

______

I wish to have the following persons who gave evidence against me present for cross examination (not applicable in cases of criminal conviction):

______

Parolee: *[signature]* Date: 10-11-06

Parole Officer: *[signature]* PO Date: 10-11-06

01/27/2006 FRI 15:12 FAX 860 443 6017
01/27/2006 13:52 FAX 860 741 2478
PART A CRIMINAL RECORDS CENTER
003

**MITTIMUS** JD-CR-38 Rev. 10-01
C.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-76, 18-82, 54-2a, 54-64b, 54-92a, 54-95b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

[X] JUDGMENT [ ] CONTINUANCE
[ ] FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

INSTRUCTIONS TO CLERK
Prepare a separate Mittimus for each file.
TO OFFICER
Original to receiving facility; return copy to court.

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.state.ct.us

TO: Any Proper Officer

DATE OF DISPOSITION: 6-11-02

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN (If different) |
|---|---|---|---|
| KNLJ0KCR02-264726S | LENIART GEORGE MICHAEL | 1-8-66 | |

| NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
|---|---|
| COMMISSIONER OF CORRECTIONS | ~~GA10 - 112 Broad Street New London, CT~~ 7 Huntington |

[X] CRIME(S) CONVICTED
[ ] CRIME(S) CHARGED

| COUNT - STATUTE NO. | DATE OF OFFENSE | COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| 1ST COUNT: 53-21 RISK OF INJURY TO CHILD (1) | 1-12-02 | 2ND COUNT: | |
| 3RD COUNT: | | 4TH COUNT: | |
| 5TH COUNT: | | 6TH COUNT: | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

| COUNTS AND TERMS (If execution of portion of sentence is suspended, show only time to be served.) First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 4 years | | | | | | 4 years |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Count 1 concurrent with CR95-64895T

TES 4 YEARS TO SERVE ON THIS FILE WITH 6 YEARS SPECIAL PAROLE

JAIL CREDIT 01-12-02 to 06-11-02

*(If a person under the age of 21 receives a indeterminate sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)*

[ ] And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. *(A defendant may not be incarcerated for failing to pay fees or costs.)*

| COUNTS AND FINES (Show only unpaid portion of fines) First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

[ ] The Defendant is entitled to sentence credit of
[ ] The foregoing credit includes ____ days of credit for pretrial confinement at a police or courthouse lockup.

TRANSFER OR CONTIN.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | [ ] J.D. [ ] G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|
| | | | |

ORDER

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

HANDY, J

SIGNED (Assistant Clerk) [signature] By Order of the Court ON (Date) 6-11-02

RECEIVING FACILITY TIME STAMP: [illegible] 2002

ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY: CORRIGAN C.I.

TITLE OF DELIVERING OFFICER: JM

SIGNATURE OF DELIVERING OFFICER: [signature]

SIGNATURE OF RECEIVING

JUDGMENT MITTIMUS

DEFENDANT'S EXHIBIT 535 3:09cv09(HBF)

MITTIMUS JD-CR-38 Rev. 10-01
C.G.S. §§ 18-23, 18-63, 18-65, 18-65a, 18-73, 18-76, 18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
Pr. Bk. Sec. 43-17 to 43-20

[X] JUDGMENT [ ] CONTINUANCE
[ ] FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

INSTRUCTIONS TO CLERK
*Prepare a separate Mittimus for each file.*
TO OFFICER
*Original to receiving facility; return copy to court.*

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.state.ct.us

250010

DATE OF DISPOSITION: 6-11-02

TO: Any Proper Officer

DATE OF BIRTH: 1-8-66

DATE SENTENCE TO BEGIN (If different): N/I

DOCKET NO.: K10KCR02-264726S

NAME OF DEFENDANT: LENIART GEORGE MICHAEL

NAME AND LOCATION OF COURT: ~~GA10 - 112 Broad St. New London, CT~~ To Huntington

NAME AND LOCATION OF RECEIVING FACILITY: COMMISSIONER OF CORRECTIONS

[X] CRIME(S) CONVICTED
[ ] CRIME(S) CHARGED

| Count - Statute No. | Date of Offense | Count - Statute No. | Date of Offense |
|---|---|---|---|
| 1ST COUNT - STATUTE NO.: 53-21 RISK OF INJURY TO CHILD (1) | 1-12-02 | 2ND COUNT - STATUTE NO. | |
| 3RD COUNT - STATUTE NO. | | 4TH COUNT - STATUTE NO. | |
| 5TH COUNT - STATUTE NO. | | 6TH COUNT - STATUTE NO. | |

JUDGMENT MITTIMUS

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

COUNTS AND TERMS *(If execution of portion of sentence is suspended, show only time to be served.)*

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 4 years | | | | | | 4 years |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Count 1 concurrent with CR95-64895T

TES 4 YEARS TO SERVE ON THIS FILE WITH 6 YEARS SPECIAL PAROLE

JAIL CREDIT 01-12-02 to 06-11-02

*(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)*

[ ] And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. *(A defendant may not be incarcerated for failing to pay fees or costs.)*

COUNTS AND FINES *(Show only unpaid portion of fines)*

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

[ ] The Defendant is entitled to sentence credit of
[ ] The foregoing credit includes ______ days of credit for pretrial confinement at a police or courthouse lockup.

TRANSFER OR CONTIN.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

TO BE HELD AT *(Name and address of court)* [ ] J.D. [ ] G.A. ON *(Date)* SURETY BOND AMOUNT

ORDER

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

HANDY, J

SIGNED *(Assistant Clerk)* [signature] By Order of the Court ON *(Date)* 6-11-02

RECEIVING FACILITY TIME STAMP: 2002 JUN 11 P 2:48

ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY: CORRIGAN C.I.

TITLE OF DELIVERING OFFICER: JM

SIGNATURE OF DELIVERING OFFICER: [signature]

SIGNATURE: [signature]

DEFENDANT'S EXHIBIT 54
3:09CV09(HBF)

ARREST WARRANT APPLICATION
JD-CR-64b Rev. 10-04
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.state.ct.us

SUPPORTING AFFIDAVITS SEALED ☐ YES ☐ NO

| AGENCY NAME | AGENCY NO. |
|---|---|
| CSP EDMC-E | (860) 848-6500 |

| NAME AND RESIDENCE (Town) OF ACCUSED | DOB: | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|---|
| Leniart, George M. Enfield, CT | 01/08/1966 | Norwich | 21 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: ☒ AFFIDAVIT BELOW ☐ AFFIDAVIT(S) ATTACHED

| DATE AND SIGNATURE | DATE | SIGNED (Prosecuting Authority) | TYPE/PRINT NAME OF PROSECUTING AUTHORITY |
|---|---|---|---|
| | 1-3-07 | [signature] | Thomas Griffin |

## AFFIDAVIT

The undersigned Affiant, being duly sworn, deposes and says:

1. That the affiant, Trooper Wilfred J. Blanchette III, is a member of the Connecticut State Police and has been a member of the department for the past 6 years. That the affiant is currently assigned to the Eastern District Major Crime Squad as a detective. That prior to this assignment, your affiant was a sworn police officer in the State of Connecticut for approximately 13 years. That the affiant has received training in criminal investigations and has investigated crimes of the following nature. That the affiant has personal knowledge of the facts and circumstances stated hereinafter as a result of the affiant's own investigative efforts, as well as the investigative efforts of fellow officers who have reported their findings to the affiant.
2. That on 10/05/2006 at approximately 1800 hours, I was tasked with assisting Det. Michael Hoagland with the service of an arrest warrant on George Leniart for the crime of Assault in the 2nd Degree. As part of this investigation, I was also assisting Parole Officer Larry Bransford with a Remand to Actual Custody Order for Leniart. Upon the arrival of officers to Leniart's residence at 300 Massapeag Side Road, Montville, Connecticut, Leniart granted access to the basement portion of his residence and was placed under arrest on the strength of a valid arrest warrant issued by GA-21 in Norwich. After Leniart was arrested, a limited "wingspan" search was conducted in the basement area where Leniart was located incident to a lawful arrest. In the rafters near the stairway of the basement, Parole Officer John Duca located a plastic bag which contained less than 4 ounces of a green leafy plant like material believed to be marijuana. I seized this bag as evidence and transported it to Troop "E" in Montville. I photographed this bag of suspected marijuana and then subjected small portions of it to three separate field tests using a Duquonise-Levine Reagent for Marijuana. None of the three tests provided any positive reactions indicative of the presumptive presence of marijuana.
3. Because of the negative test results, I spoke with Leniart concerning the contents of the bag after he was given his Miranda Warnings. When asked if the contents of the bag were drugs, Leniart advised that the bag contained "Brush sage which is used for smudging during Indian Prayer Rituals." Leniart went on to state that the "Brush Sage" must be stored away from moisture which it was why it was stored in the rafters of the basement. The

(This is page 1 of a 2 page Affidavit.)

| DATE AND SIGNATURE | DATE | SIGNED (Affiant) Tpr. W. Blanchette III #0895 |
|---|---|---|
| | 01/02/07 | [signature] |
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 1/3/07 | SIGNED (Judge/Clerk, Comm. Sup. Ct., Notary Public) Sergeant CSP [signature] 1/3/07 |

FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having b[een] considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable ca[use] offense has been committed and that the accused committed it and, therefore, that probable cause [exists for the issuance] of a warrant for the arrest of the above-named accused.

| SIGNED AT (City or Town) | ON (Date) | SIGNED (Judge/Judge Trial Referee) | PRINT NAME (Judge) |
|---|---|---|---|
| Norwich | 1-31-07 | [signature] | J Fischer |

DEFENDANT'S EXHIBIT 518 3:09CV09 (HBF)

ARREST WARRANT AFFIDAVIT
CONTINUATION PAGE
JD-CR-64a Rev. 10-04
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

INSTRUCTIONS:
*The jurat is to be completed for each page of the affidavit. The prosecutorial official and judge / judge trial referee are to date and signed or initial each page to indicate that they have reviewed it.*

STATE OF CONNECTICUT
SUPERIOR COURT

| NAME AND RESIDENCE (Town) OF ACCUSED | DOB:19760124 | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|---|
| Love, William M. New London | 05/11/1979 | New London | 10 |

AFFIDAVIT

The undersigned Affiant, being duly sworn, deposes and says:

suspected marijuana was placed in the evidence holding room at Troop "E" pending transport to the CSP Toxicology Laboratory for testing.

4. During November of 2006, TFC Sheryl LeBlanc, Evidence Officer at Troop "E" obtained an order from GA-21 in Norwich authorizing the testing of the suspect material seized from the residence of George M. Leniart on 10/05/2006.
5. On 12/26/2006, I was advised by TFC LeBlanc that the suspect material seized from the residence of George M. Leniart on 10/05/2006 had been examined by the CSP Toxicology Laboratory. According to Chemists at the laboratory, the evidence submitted, namely "One bag of green leafy plant-like material believed to be marijuana" was determined to contain marijuana.
6. That based upon the aforementioned facts and circumstances, I am requesting that the court issue a warrant for the arrest of the accused in this case, George Michael Leniart, a white male with a DOB of [redacted] charging him with violations of the Connecticut General Statutes.

(This is page 2 of a 2 page Affidavit.)

| DATE AND SIGNATURE | DATE 01/02/07 | SIGNED (Affiant) Tpr. W. Blanchette III #0895 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 1/2/07 | SIGNED (Judge, Clerk, Comm-Sup Ct, Notary Pub.) Sergeant CSP Det/Sgt William Bundy 108 |
| SIGNED (Prosecutorial Official) | DATE 1/30/07 | SIGNED (Judge / Judge Trial Referee) DATE 1-31-07 |






DEFENDANT'S
EXHIBIT
519
3:09CV09(HBF)



STATE OF CONNECTICUT

Department of Public Safety Scientific Services

10 Clinton Street
Hartford, CT 06106
Telephone: 860-509-8600



FINAL REPORT

Laboratory - Controlled Substance Report

Name and Address of Submitting Agency:
Troop E
P.O. Box 306
Uncasville, CT 06382

Source(s):
LENIART, GEORGE

Lab Case #: ID-06-003775
Request: 0001
Agency Case #: CFS0600347861

DESCRIPTION OF EVIDENCE SUBMITTED:

On 10/19/2006 at 9:45 AM, Evidence Control Officer Dorothea Sargent received the following evidence from the Troop E via Sheryl LeBlanc

Evidence Submission 0001: Tx envelope containing a heat/tape sealed plastic bag: "Item #1 - One bag of green leafy plant-like material suspected marijuana".

Note: Chain of Custody for this case between the time of submission and time of LIMS Log-In is documented on the "Internal Chain of Custody" form.

Item #1A: One sealed plastic evidence bag containing Item 1A1.
Item #1A1: One plastic zip lock bag containing plant material

EXAMINATIONS / METHODS PERFORMED:

Gas Chromatography / Mass Spectrometry (GC/MS)
Microscopy / Morphology
Weight

RESULTS AND CONCLUSIONS:

Evidence Submission #1A1

*Analytical Findings:*
*Item 1A1 (botanical material and packaging, 34.1 grams = 1.202 ounce(s)).*
*delta-9-Tetrahydrocannabinol (delta-9-THC) was identified in Item 1A1.*
*Item 1A1 was determined to contain Marihuana.*
*Marihuana and delta-9-Tetrahydrocannabinol are Schedule I controlled substances(CT and Federal).*

*I HEREBY CERTIFY* that this is a true copy of the laboratory examination described herein and a true copy of the records of the Laboratory Division of the Connecticut Department of Public Safety pertaining thereto.

Signed (Analyst): 12/18/06
Chemist 2 Rafal Mielgu[illegible]

Signed (Reviewing Analyst): 12
Principal Chemist Jane Ridley






Thursday, December 09, 2010 Docket Search by Court Location

Thursday, December 09, 2010 Docket Search by Defendant

Pending Cases Search by Defendant

Pending Cases Search by Docket Number

Convictions Search by Defendant

Convictions Search by Docket Number

GA Court Phone Numbers

JD Court Phone Numbers

Home

## Criminal/Motor Vehicle Conviction Case Detail

***Data as of the Previous Business Day***

Defendant Information

**Last, First:** LENIART GEORGE M

**Birth Year:** 1966

**Represented By:** 401746 PUBLIC DEF-GA21

Docket Information

**Docket No:** K21N-CR07-0100864-S

**Court:** Norwich GA 21

**Costs:**

**Original Arresting Agency:** DPS EDMC (EASTERN DISTRICT MAJOR CRIMES)

**Original Arrest Date:** 3/7/2007

**Sentenced Date:** 3/22/2007

Overall Sentence Information

Conditional Discharge

| Statute | Description | Class Type | Occ | Offense Date | Plea | Verdict | Verdict Finding Date | Fine | Fee(s) |
|---|---|---|---|---|---|---|---|---|---|
| 21a-279(c) | Poss Cntrld Sbstnc/<4 Oz Mrjhna U | Misdemeanor | 1 | 10/6/2006 | Guilty | Guilty | 3/22/2007 | $0.00 | $0.00 |

Sentenced: 90 Days Jail, Execution Suspended, Conditional Discharge 1 Year

Back

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | Media | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2010, State of Connecticut Judicial Branch



PLAINTIFF'S EXHIBIT 49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE LENIART, #250010 : CIVIL NO.3:09-CV-09(CFD)

v. :

SGT. WILLIAM BUNDY, ET.AL. : NOVEMBER 22, 2010

AFFIDAVIT OF MICHELLE DEVEAU IN SUPPORT OF SUMMARY JUDGMENT

I, Michelle DeVeau, being duly sworn, depose and say that:

1. I am currently employed by the State of Connecticut Department of Correction (DOC) and have been so employed since approximately September, 1989. My title is Records Specialist II and I have held this title since approximately 1995.

2. My duties include, but are not limited to maintenance of inmate records, including computerized records. My duties as a Records Specialist II include reviewing inmate sentences and time calculations; examining computer records of inmate sentences and time calculations; conducting and overseeing audits of inmate sentences and time calculations; providing training to Records Specialists pertaining to time calculation; calculating inmate sentences and providing expert testimony to courts pertaining to inmate sentences and time calculation.

3. I have reviewed the inmate master files, computerized records of the DOC and Judicial Information System (JIS) as they apply to the plaintiff, George Leniart, #250010.

4. On 01/14/2002, plaintiff was admitted into custody of DOC in lieu of bond for docket K10K-CR95-64895 charged with CGS 53a-32 VOP, Exhibit A, and K10K-CR02-264726 CGS 53-21 Risk of Injury of Child. Exhibit B.

5. On 06/11/2002, plaintiff was sentenced on docket KNL-CR02-264726 to a term of 4 years to serve and 6 years Special Parole, in violation of CGS 53-21(1) Risk of Injury to Child. Exhibit C.

6. On 06/11/2002, plaintiff was sentenced on docket KNL- CR95-64895T to a term of 4 years for a CGS 53a-32 VOP of the original offense: CGS 53a-71 Sex. Assault 1st; 53-21 Risk of Injury to Child. Exhibit D.

7. On 08/24/2004, plaintiff appeared in court on a habeas for a warrant to be served. He returned with a bond imposed and a docket number of K21N-CR04-92626. The charges listed were CGS 53a-71 Sex. Assault 1st and 53-21 Risk of Injury of Child. Exhibit E.

8. On 10/04/2005, after appearing in court on docket K21N-CR04-92626 the case was nolled. Exhibit F.

9. On 11/03/2005, plaintiff signed his Special Parole Acknowledgment Sheet. Exhibit G

10. On 01/11/2006, plaintiff satisfied his 4 year term of confinement and was then released from custody and place on Special Parole, a period of mandatory supervision for six years. Exhibit H.

11. On 10/05/2006, plaintiff was brought into DOC custody as a technical violator via a "Remand to Actual Custody Order" noting Special Parole. Exhibit I.

12. On 10/05/2006, plaintiff signed a Notice of Rights noting his arrest on the new criminal charges of Assault 2nd, Breach of Peace and Distributing Alcohol to a Minor. Exhibit J

13. On 10/06/2006, plaintiff appeared in court and returned with a bond imposed and a docket number of K21N-CR06-9933. The charges listed were CGS 53a-60 Assault 2nd, 53a-181 Breach of Peace; 30-86 Ill Sale Liq to Minor/Drunkard. Exhibit K.

14. On 11/2/06 the Board of Pardons and Paroles issued a warrant for reimprisonment. Exhibit L.

15. On 01/26/2007, plaintiff appeared in court on docket K21N-CR06-99331 and the case was dismissed. He remained in custody on the Remand to Actual Custody Order and a Warrant of Reimprisonment issued by the Board of Pardons and Paroles on November 2, 2006.

16. On 03/07/2007, plaintiff appeared in court on a habeas for a warrant to be served for the charge CGS 21a-279c, possession of marijuana. Plaintiff appeared in court on a habeas for the above matter and returned with a bond imposed and a docket number K21N-CR07-100664. The charge listed was CGS 21a-279(c) Poss. of Controlling Substance (less than four ounces of marijuana). Exhibit M.

17. On 03/22/2007, plaintiff appeared in court on docket K21N-CR07-100664 and the case received a 90 day sentence execution suspended with a conditional discharge. Exhibit N.

18. Plaintiff remained in custody on the Remand to Actual Custody Order and a Warrant of Reimprisonment issued by the Board of Pardons and Paroles on November 2, 2006.

19. On 5/22/07 the Hearing examiner for the Board of pardons and Paroles found plaintiff in violation of his Special Parole and recommended to revoke and reparole on 7/5/07. On 5/25/07 a panel of the Board voted to accept the recommendation and voted to reparole as of 7/5/07. Exhibit O.

20. On 05/25/2007, a Special Parole Commitment mittimus was issued indicating the Period of Confinement date as: 7/5/2007, and the Special Parole Completion date as: 1/11/2012. Exhibit P.

21. On 07/05/2007, plaintiff's Special Parole was reinstated and he was released from DOC custody, to Special Parole supervision. Exhibit Q.

22. On 09/25/2007, plaintiff was brought into DOC custody as a technical violator via a "Remand to Actual Custody Order" noting Special Parole. Exhibit R.

23. On 11/20/2007, the Board of Pardons and Parole issued a new Warrant for Re-Imprisonment/Special Parole Supervision. Exhibit S.

24. On 12/11/2007, plaintiff appeared in court on a habeas for a warrant to be served and returned with a $250,000 bond imposed and a docket number K21N-CR07-103205. The charges listed were CGS 53a-71 Sexual Assault 2nd, 30-86 Ill Sale Liq. to Minor/Drunkard; 21a-277(b) Sale of Controlling Substance. Exhibit T.

25. On 4/1/2008, after appearing in court on docket K21N-CR07-103205, plaintiff returned with an additional bond of $2,000,000 (two million dollars) in docket KNL-CR08-296666-T. The charges listed were CGS 53a-54b (5); Murder-Victim of Kidnapping, 53a-54b (7); Murder-Victim of Sex Assault 1st, 53a-54b (9); and Murder-Victim <16 years old; 53a-54a Murder. Exhibit U.

26. On 05/19/2009, after appearing in court on docket KNL-CR07-1033205-T the case was nolled. Plaintiff remained in custody in lieu of two million dollars bond for docket KNL-CR08-296666-T.

27. On 06/22/2010, plaintiff received a sentence on docket KNL-CR08-296666-T for a term of Life without Possibility of Release in violation of CGS 53a-54b(5); Capital Felony, 53a-54b(7); Capital Felony, 53a-54b(9); and Capitol Felony; 54a-54a(a) Murder. Each count is merged. Exhibit V.

28. At all relevant times, plaintiff George Leniart, #250010, was lawfully confined and incarcerated pursuant to valid, enforceable and authoritative legal process which required that he be confined. The DOC cannot release an inmate held on a Remand to Actual Custody Order or a Warrant for Reimprisonment issued by the Board of Pardons and Paroles, even if such person makes bond or even if the case is nolled or dismissed. The remand and the warrant are sufficient authority to keep a parole violator in actual DOC custody. Such

documents are lawful authority to hold a person in a DOC facility until the Board of Pardons and Paroles authorizes a release, and only if there is no other lawful authority to hold a prisoner. Here, plaintiff was lawfully imprisoned at all relevant times.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

Michelle DeVeau

Subscribed and sworn to before me this 22nd day of November, 2010.

Notary Public

My Commission expires: June 30, 2014

MARY J. STEELE
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2014

Sgt. William Bundy, et.al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: [signature]

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct 01211
E-Mail: steven.strom@CT.GOV
Tel: (860) 808-5450
Fax: (860) 808-5591

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of November, 2010:

George Leniart, #250010
MacDougall-Walker CI
1153 East St. So.
Suffield, CT 06080

[signature]

Steven R. Strom
Assistant Attorney General