UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE M. LENIART, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 3:09-cv-09 (HBF) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM BUNDY, ET AL. | : | February 25, 2013 |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S PROPOSED VERDICT FORM**

UNLAWFUL ARREST 2006

1. Do you find by a preponderance of the evidence that, during the events leading up to and including Plaintiff's arrest on October 5, 2006, Defendant Michael Hoagland violated Plaintiff's constitutional right to be free from unlawful arrest as defined in the jury instructions?

   Yes _____          No _____

UNLAWFUL SEARCH 2006

2. Do you find by a preponderance of the evidence that, during Plaintiff's arrest on October 5, 2006, any or all of Defendants Bransford, Hoagland, Blanchette, and/or Bundy violated Plaintiff's constitutional right to be free from unlawful search as defined in the jury instructions?

   Yes _____          No _____

   If you answered YES to Question 2, indicate below which of the defendants violated Plaintiff's right to be free from unlawful search:

    ____ Defendant Bransford

    ____ Defendant Hoagland

    ____ Defendant Blanchette

    ____ Defendant Bundy

## UNLAWFUL SEARCH AND SEIZURE 2007

3. Do you find by a preponderance of the evidence that, during Plaintiff's arrest on September 25, 2007, Defendant Ellison violated Plaintiff's constitutional right to be free from unlawful search and seizure as defined in the jury instructions?

    Yes _____                                        No _____

If you answered YES to any of Questions 1, 2 or 3, proceed to Question 4.

If you answered NO to all of Questions 1, 2, and 3, proceed to the last page, sign in the space provided, and notify the Marshall that you have reached a verdict.

4. Did any of the defendant(s) for whom the answer was YES in Question 1, 2, or 3 above, prove by a preponderance of evidence they reasonably believed to be acting in an objectively lawful manner and not in violation of any clearly established rights of Plaintiff?

    Yes _____                                        No _____

If you answered YES Question 4, proceed to Question 5.

If you answered NO to Question 4, proceed to Question 6.

5. Which defendant(s) proved by a preponderance of evidence they reasonably believed to be acting in an objectively lawful manner and not in violation of any clearly established rights of Plaintiff?

    \_\_\_\_ Defendant Bransford

    \_\_\_\_ Defendant Hoagland

    \_\_\_\_ Defendant Blanchette

    \_\_\_\_ Defendant Bundy

    \_\_\_\_ Defendant Ellison

If you answered YES to all defendants above in Question 5, proceed to the last page, sign in the space provided, and notify the Marshall that you have reached a verdict.

If you answered YES to any defendant in Questions 1, 2, or 3, and NO as to that same defendant in Question 5, proceed to Question 6.

## PROXIMATE CAUSE AND DAMAGES

6. Were any of the violations of Plaintiff's constitutional rights that you have found a proximate cause of damages to him?

                                        Yes _____           No _____

7. If you answered YES to Question 6 above, are the damages nominal _____ or compensatory _____ (check only one)?

6. If you checked NOMINAL in Question 7 above, state below the amount of nominal damages that you award to Plaintiff.

                                                                                  $ _____

7. If you checked COMPENSATORY in Question 7 above, state below the amount of compensatory damages that you award to Plaintiff.

| | |
|---|---|
| Economic | $ _____ |
| Non-Economic | $ _____ |

## PUNITIVE DAMAGES

6. Do you find that Plaintiff is entitled to an award of punitive damages as to any or all of the following defendants?  If so, indicate the amount of damages that you award.

| | |
|---|---|
| Defendant Bransford | $ _____ |
| Defendant Hoagland | $ _____ |
| Defendant Blanchette | $ _____ |
| Defendant Bundy | $ _____ |
| Defendant Ellison | $ _____ |

When you have finished answering the appropriate questions on this form, you may report your verdict.  The form should be signed and dated by the foreperson.

_____       _____
Name of Foreperson (print)                      Date

_____
Signature of Foreperson

5

          PLAINTIFF,
          GEORGE M. LENIART


By:    /s/ Carolina D. Ventura
        Kevin M. Smith (ct24774)
        Carolina D. Ventura (ct28780)
        Wiggin and Dana LLP
        One Century Tower
        265 Church Street
        PO Box 1832
        New Haven, CT 06508-1832
        E-Mail:  ksmith@wiggin.com
        E-Mail:  cventura@wiggin.com
        Tel.:  (203) 498-4304
        Fax: (203) 782-2889

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 25, 2013, a copy of the forgoing Plaintiff's Proposed Verdict Form was served by electronic mail and regular mail on the following counsel of record, and has been included as an attachment to the parties' Joint Pre-Trial Memorandum:

Robert S. Dearington  
Steven R. Strom  
Assistant Attorneys General  
110 Sherman St.  
Hartford, CT 06105  
Tel.: 860-808-5450  
Fax: 860-808-5591  
Email: robert.dearington@ct.gov  
Email: steven.strom@ct.gov  

                                      /s/ Carolina D. Ventura  
                                      Carolina D. Ventura (ct28780)  
                                      Wiggin and Dana LLP  
                                      One Century Tower  
                                      265 Church Street  
                                      PO Box 1832  
                                      New Haven, CT 06508-1832  
                                      E-Mail:  cventura@wiggin.com  
                                      Tel.:  (203) 498-4304  
                                      Fax: (203) 782-2889