## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE M. LENIART, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 3:09-cv-09 (HBF) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM BUNDY, ET AL. | : | March 5, 2013 |
| | : | |
| Defendants. | : | |
| | : | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PAROLE FIELD NOTES, PLAINTIFF'S PROPOSED EXHIBITS 3, 4, 5, 6, AND 34

Although defendants have mischaracterized plaintiff's intent in using these exhibits, and plaintiff disagrees with the positions put forth in defendants' motion, to narrow and simplify the issues for the trial, plaintiff will not seek the admission into evidence of Plaintiff's Exhibits 3, 4, 5, 6, and 34 for affirmative use in his direct case. Accordingly, defendants' motion in limine (ECF Doc. No. 156-8) is moot.

PLAINTIFF,
GEORGE M. LENIART


By:   /s/ Carolina D. Ventura
       Kevin M. Smith (ct24774)
       Carolina D. Ventura (ct28780)
       Wiggin and Dana LLP
       One Century Tower
       265 Church Street
       PO Box 1832
       New Haven, CT 06508-1832
       E-Mail: ksmith@wiggin.com
       E-Mail: cventura@wiggin.com
       Tel.: (203) 498-4304
       Fax: (203) 782-2889

## CERTIFICATE OF SERVICE

I hereby certify that, on March 5, 2013, a copy of the foregoing Plaintiff's Response to Defendants' Motion in Limine to Preclude Parole Field Notes, Plaintiff's Proposed Exhibits 3, 4, 5, 6, and 34 was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Carolina D. Ventura
Carolina D. Ventura (ct28780)
Wiggin and Dana LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
E-Mail: cventura@wiggin.com
Tel.: (203) 498-4304
Fax: (203) 782-2889

1