Civil-Trial (3/7/2011)

HONORABLE: _____
DEPUTY CLERK _____   RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes                                K.Telhiard Farnham
DATE: _____   START TIME: _____   END TIME: _____
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. _____

=================================

                                                                _____
                                                                Plaintiff's Counsel

                    vs

                                                                _____
                                                                Defendant's Counsel

=================================

## CIVIL JURY/COURT TRIAL

- ☐ ………… Jury of _____ reported.   Jury sworn
- ☐ ………… Juror # _____ excused.
- ☐ ………… Jury Trial held  ☐ Jury Trial continued until _____ at _____
- ☐ ………… Court Trial begun   Court Trial held   Court Trial continued until _____
- ☐ ………… Court Trial concluded  ☐ DECISION RESERVED
- ☐ …# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ …# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ …# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ …# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ……   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ……   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ……   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ……   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ……   _____ ☐ filed ☐ docketed
- ☐ ……   _____ ☐ filed ☐ docketed
- ☐ ……   _____ ☐ filed ☐ docketed
- ☐ ……   _____ ☐ filed ☐ docketed
- ☐ ……   _____ ☐ filed ☐ docketed
- ☐ ………… Plaintiff(s) rests   ☐ Defendant(s) rests
- ☐ ………… Briefs(s) due __ Pltf _____ __Deft _____   Reply _____
- ☐ ………… ☐ Summations held  ☐ Court's Charge to the Jury
- ☐ ………… All full exhibits, ☐ Verdict form,   Interrogatories to the jury handed to jury
- ☐ ………… Jury commences deliberations at _____
- ☐ ………… Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- ☐ ………… SEE page 2 for verdict
- ☐ ………… COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____

_____


☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____